UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARRY LEVINE           :   CIVIL ACTION NO.
                       :   3:03 CV 148 (SRU)
         Plaintiff,    :
                       :
    V.                 :
                       :
WEBSTER INSURANCE      :
                       :
         Defendant     :   OCTOBER 7, 2003

### STIPULATED CONFIDENTIALITY AGREEMENT

IT IS HEREBY AGREED, BY AND BETWEEN THE PARTIES TO THIS ACTION, THAT:

1. The Parties acknowledge that they have sought and may in the future seek information and documents from one another, or from any third party, and that such information and documents may include Confidential Information, including but not limited to tax information, pension contributions information, payroll information, and personnel and employment records pertaining to the Plaintiff, Barry Levine, or other employees of the Defendant, Webster Insurance.

2. "Confidential Information" means information which any Party has designated as "Confidential," either by the use of such term or by any other designation intended to limit to the dissemination of such information or to restrict its use to that which is connected with this litigation only, and bar its use in any other litigation, whether between the parties hereto or between the disclosing party and any third party, and prohibit its use for any purpose unrelated to this litigation.

{W1269116;4}