UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| BARRY LEVINE | CIVIL ACTION NO. |
| Plaintiff, | 3:03 CV 148 (SRU) |
| V. | |
| WEBSTER INSURANCE | |
| Defendant | OCTOBER 22, 2003 |

2003 OCT 23 P 12: 22

US DIST...

## PARTIES' JOINT MOTION TO EXTEND DEADLINES

Parties in the above captioned matter hereby respectfully request a sixty (60) day extension of time for all remaining deadlines for this case, as listed below. This is the second request for an extension of time in this action, as Defendant filed on August 7, 2003 its Motion for Extension of Time, granted by the Court on August 17, 2003.

In the last several months, parties have made significant progress in resolving several discovery disputes. Parties have cooperated in drafting and filing with the Court, on September 30, 2003, a Stipulation and Protective Order, which has resulted in the Defendant's agreeing to permit the Plaintiff to examine (which he has) voluminous documents relevant to this action, and to supply the Plaintiff with interrogatory answers, earlier objections to which had been the subject of Plaintiff's now resolved September 9, 2003 Motion to Compel Discovery. As well, after many revisions, parties have finalized a Stipulated Confidentiality Agreement, filed with the Court on or about October 13, 2003, which will lead to the production of Plaintiff's tax records sought by Defendant.

In addition, the Plaintiff noticed the deposition of Webster employee Daniel Carter (whose alleged statements to Plaintiff are at issues in this action) for October 28, 2003, a date prior to the current discovery cutoff, but has been informed by opposing counsel that Mr. Carter will not be available to be deposed until November 24, 2003. Likewise, Defendant noticed the deposition of the Plaintiff for October 23, 2003, a date prior to the current discovery cutoff, but has requested that Plaintiff agree to postpone such deposition subject to the Court's approval of this Joint Motion; Plaintiff does not object to such postponement.

Despite parties' progress, more time is needed for discovery, especially considering Mr. Carter's scheduling conflicts, as well as the need for further study of voluminous documents parties have agreed to exchange, but have not yet copied and delivered.

Parties' proposed extensions are set forth below along with the deadlines as they currently stand:

1. All discovery, including depositions, will be completed (not propounded) by December 30, 2003 (original deadline: August 29, 2003; first modified deadline: October 31, 2003).

2. A damage analysis will be provided by any party who has a claim or counterclaim for damages January 23, 2004 (original deadline: September 20, 2003; first modified deadline: November 26, 2003).

3. Dispositive motions shall be filed on or before February 27, 2004 (original deadline: October 31, 2003; first modified deadline: December 31, 2003).

4. If no dispositive motions are filed, the joint trial memorandum shall be filed by March 30, 2004 (original deadline: November 28, 2003; first modified deadline: January 30,

2004); if any dispositive motions are filed, such joint trial memorandum will be field within 30 days of the Court's ruling on such motion.

5. The case will be ready for trial within 60 days of the Court's ruling on any dispositive motion, or if no such motions are filed, the case will be ready for trial on April 30, 2004 (original deadline: December 31, 2003; first modified deadline: March 1, 2004).

For the reasons stated above, parties respectfully request that the Court grant this Joint Motion and extend the above deadlines to the dates indicated. The Plaintiff has conferred with opposing counsel regarding all proposed dates contained herein; they join in this motion and authorize me to caption it a Joint Motion.

THE PLAINTIFF: Barry Levine

BY: /s/ Ian O. Smith
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000

3

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Charles F. Corcoran, III, Esq.
>Kristi D. Aalberg, Esq.
>Carmody & Torrance LLP
>50 Leavenworth Street
>P.O. Box 1110
>Waterbury, CT 06721-1110

Date: October 22, 2003

_____
Ian O. Smith