#18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | 2003 OCT 23  P 12: 22 |
| V. | : | US DISTRICT |
| | : | BRIDGEPORT |
| WEBSTER INSURANCE | : | |
| | : | |
| Defendant | : | OCTOBER 22, 2003 |

**PARTIES' JOINT MOTION TO EXTEND DEADLINES**

Parties in the above captioned matter hereby respectfully request a sixty (60) day extension of time for all remaining deadlines for this case, as listed below. This is the second request for an extension of time in this action, as Defendant filed on August 7, 2003 its Motion for Extension of Time, granted by the Court on August 17, 2003.

In the last several months, parties have made significant progress in resolving several discovery disputes. Parties have cooperated in drafting and filing with the Court, on September 30, 2003, a Stipulation and Protective Order, which has resulted in the Defendant's ing to permit the Plaintiff to examine (which he has) voluminous documents relevant to ction, and to supply the Plaintiff with interrogatory answers, earlier objections to which been the subject of Plaintiff's now resolved September 9, 2003 Motion to Compel very. As well, after many revisions, parties have finalized a Stipulated Confidentiality ement, filed with the Court on or about October 13, 2003, which will lead to the ction of Plaintiff's tax records sought by Defendant.

Motion Granted.
Discovery cutoff date December 30, 2003
Dispositive Motions Due by February 27, 2004
SO ORDERED
10/28/03
Stefan R. Underhill, U.S.D.J.