UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| WEBSTER INSURANCE | : | |
| | : | |
| Defendant | : | SEPTEMBER 9, 2003 |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Barry Levine ("Mr. Levine"), submits this Motion to Compel Discovery pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37(a). Mr. Levine has conferred in good faith with Webster Insurance Company ("Webster") in an effort to obtain meaningful responses to his April 24, 2003 First Set of Interrogatories and Production Requests to Defendant Webster Insurance (Affidavit of Ian O. Smith, Exhibit "A"). With respect to the interrogatories and request for production listed below and discussed herein, these efforts have been fruitless. Webster continues to object baselessly, on various grounds, to Mr. Levine's interrogatories and document requests, all of which are relevant to his action and likely to lead to admissible evidence. Mr. Levine therefore respectfully requests that the Court grant his Motion to Compel Discovery.

**NO ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

*[Handwritten annotations in margin: "11/18/03", "Denied as moot. So ordered. /s/"]*