UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. 2003 DEC 30  A 11: 28 |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | US DIST |
| | : | |
| V. | : | |
| | : | |
| WEBSTER INSURANCE | : | |
| | : | |
| Defendant | : | DECEMBER 29, 2003 |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Barry Levine ("Levine"), submits this Motion to Compel Discovery, and supporting memorandum, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37(a). Levine has conferred in good faith with Webster Insurance Company ("Webster") in an effort to obtain a meaningful response to one of his document production requests contained in his April 24, 2003 First Set of Interrogatories and Production Requests to Defendant Webster Insurance. With respect to the request for production which is the subject of this motion, these efforts have been fruitless. Webster continues to object baselessly, on various grounds, to Mr. Levine's request, which is relevant to his action and likely to lead to admissible evidence. Mr. Levine therefore respectfully requests that the Court grant his Motion to Compel Discovery.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

THE PLAINTIFF: BARRY LEVINE

By   /s/ Ian O. Smith
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
328 Mitchell Street, PO Box 966
Groton, CT 06340
(860) 445-1809
His Attorneys

### CERTIFICATION:

A copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record:

Charles F. Corcoran, III
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721

Date: December 29, 2003

/s/ Ian O. Smith
Ian O. Smith