UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE, | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | 3:03CV148 (SRU) |
| WEBSTER INSURANCE, | : | |
| Defendant. | : | February 27, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b)(2), the Defendant, Webster Insurance, respectfully moves to extend the time periods for the filing of dispositive motions, the joint trial memorandum, and the date for trial readiness. The Defendant requests that this Court order that (1) any and all dispositive motions shall be filed on or before the thirtieth (30th) day following the later of either: (a) the Plaintiff's admissions to Defendant's Requests for Admissions Directed to Plaintiff dated February 20, 2004; or (b) the resolution of any dispute concerning Defendant's Requests for Admissions Directed to Plaintiff dated February 20, 2004; (2) if no dispositive motions are filed, the joint trial memorandum shall on or before the thirtieth (30th) day following the later of (a) or (b) above, and if any dispositive motion is filed, such joint trial memorandum will be filed on or before the thirtieth (30th) day following the Court's ruling on such motion(s); and (3) the case will be ready for trial within sixty (60) days of the filing of the joint trial memorandum.

First, the Defendant submits that it has served Defendant's Request for Admissions dated February 20, 2004 and that the Plaintiff's admissions to the Defendant's Requests are essential to the Defendant's dispositive motion, as well as to the disposition of this case in general. Since, pursuant to Federal Rule of Civil Procedure 36(a), the Plaintiff has thirty (30)

days from the date of service to admit or deny such request, the Defendant requests that it be given ample time to receive and include such responses in its dispositive motion.

Additionally, to date the Plaintiff's Motion to Compel dated December 29, 2003, which the Defendant opposed by brief dated January 7, 2004 is still pending before this Court. Since this discovery issue remains unresolved, the Defendant submits that in the interest of fairness to both parties, this extension of time is necessary in order to ensure that neither party is at a disadvantage because of pending discovery issues, either in the filing of a dispositive motion or in the opposition thereof.

Moreover, the Defendant submits that although two previous extensions of time have been granted in this case, such extensions were made with respect to discovery issues. This, however, is the Defendant's first request made to this Court with requesting an extension of time for the filing of a dispositive motion.

Finally, the Defendant has conferred with Plaintiff's counsel regarding this extension, and Plaintiff's counsel has indicated that he objects to the same.

Nevertheless, for the foregoing reasons, the Defendant hereby maintains that this motion for extension of time should be granted.

                              Respectfully submitted,

                              THE DEFENDANT,
                              WEBSTER INSURANCE

BY: _____
      Kristi D. Aalberg - ct 23970
      Carmody & Torrance LLP
      50 Leavenworth Street
      P.O. Box 1110
      Waterbury, CT 06721-1110
      (203) 573-1200
      Its Attorneys

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law           Post Office Box 1110
                           Waterbury, CT 06721-1110
                           Telephone: 203 573-1200

## **ORDER**

The foregoing Motion having been heard by the Court, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Stefan R. Underhill
United States District Judge

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law         Post Office Box 1110
                         Waterbury, CT 06721-1110
                         Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via facsimile and first-class mail, on the above date to:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell Street, P.O. Box 966
Groton, CT 06340

*and via facsimile to:*

Ian O. Smith, Esq.
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106

*Kristi D. Aalberg*
Kristi D. Aalberg

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law                Post Office Box 1110
                                Waterbury, CT 06721-1110
                                Telephone: 203 573-1200