25

FILED 3/5/04

Granted in substantial part. The deadlines for filing dispositive motions and the pretrial memo are suspended pending further order of the court. SO ORDERED.

FILED
2004 MAR -5 P 3:00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN
FEB 27   4 44 PM '04

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

BARRY LEVINE,              :
                           :
            Plaintiff,     :   Civil Action No. CW
                           :
v.                         :   3:03CV148 (SRU)
                           :
WEBSTER INSURANCE,         :
                           :
            Defendant.     :   February 27, 2004
---

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)(2), the Defendant, Webster Insurance, respectfully moves to extend the time periods for the filing of dispositive motions, the joint trial memorandum, and the date for trial readiness. The Defendant requests that this Court order that (1) any and all dispositive motions shall be filed on or before the thirtieth (30th) day following the later of either: (a) the Plaintiff's admissions to Defendant's Requests for Admissions Directed to Plaintiff dated February 20, 2004; or (b) the resolution of any dispute concerning Defendant's Requests for Admissions Directed to Plaintiff dated February 20, 2004; (2) if no dispositive motions are filed, the joint trial memorandum shall on or before the thirtieth (30th) day following the later of (a) or (b) above, and if any dispositive motion is filed, such joint trial memorandum will be filed on or before the thirtieth (30th) day following the Court's ruling on such motion(s); and (3) the case will be ready for trial within sixty (60) days of the filing of the joint trial memorandum.

First, the Defendant submits that it has served Defendant's Request for Admissions dated February 20, 2004 and that the Plaintiff's admissions to the Defendant's Requests are essential to the Defendant's dispositive motion, as well as to the disposition of this case in general. Since, pursuant to Federal Rule of Civil Procedure 36(a), the Plaintiff has thirty (30)

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200