UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

BARRY LEVINE, :
:
                Plaintiff, :      Civil Action No.
v. :      3:03CV148 (SRU)
:
WEBSTER INSURANCE, :
                Defendant. :      March 11, 2004
_____ :

**DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION
AND MODIFICATION OF MOTION FOR EXTENSION OF TIME
DATED FEBRUARY 20, 2004**

      In response to the Plaintiff's objection to Defendant's Motion for Extension of Time, the Defendant, Webster Insurance, hereby modifies and reduces the request made in its Motion for Extension of Time dated February 27, 2004, and hereby requests that the Court extend the time period for the filing of the Defendant's dispositive motion only until April 15, 2004, regardless of whether any dispute with respect to the Defendant's Requests for Admissions dated February 20, 2004 remains unresolved at such time. Likewise, the Defendant requests that the Court order the joint trial memorandum due thirty (30) days from the Court's ruling on the Defendant's dispositive motion, and the case to be ready for trial within sixty (60) days of the filing of the joint trial memorandum.

      Contrary to the Plaintiff's assertions in its objection to this extension dated March 3, 2004, the Defendant had no intention of unnecessarily prolonging the resolution of the Plaintiff's claims with the filing of its Requests for Admissions. However, the Defendant

{W1292512}

agrees that its initial request for an extension was more complex than was required and, therefore, believes an extension of the deadline to a date certain is more appropriate.

For the foregoing reasons, the Defendant hereby modifies its original request in the interest of prompt resolution of this matter, and maintains that the Court should grant it an extension of time to file its dispositive motion until April 15, 2004.

> Respectfully submitted,
>
> THE DEFENDANT,
> WEBSTER INSURANCE
>
>
> BY: /s/_____
> Kristi D. Aalberg - ct 23970
> Carmody & Torrance LLP
> 50 Leavenworth Street
> P.O. Box 1110
> Waterbury, CT  06721-1110
> (203) 573-1200
> Its Attorneys

## **ORDER**

The foregoing Motion having been heard by the Court, it is hereby ORDERED:

GRANTED / DENIED.

> BY THE COURT
>
> _____
> Stefan R. Underhill
> United States District Judge

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via facsimile and first-class mail, on the above date to:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell Street, P.O. Box 966
Groton, CT  06340

*and via facsimile to:*

Ian O. Smith, Esq.
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT  06106

　　　　　　　　　　　　　　　　　　 /s/_____
　　　　　　　　　　　　　　　　　　Kristi D. Aalberg

{W1292512}　　　　　　　　　3