UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

BARRY LEVINE,            :
                         :
            Plaintiff,   :    Civil Action No.
v.                       :    3:03CV148 (SRU)
                         :
WEBSTER INSURANCE,       :
            Defendant.   :    March 31, 2004
_____:

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MODIFICATION OF MOTION FOR EXTENSION OF TIME DATED MARCH 11, 2004

The Defendant, Webster Insurance, hereby moves the Court to enter an order withdrawing the March 11, 2004 modification that the Defendant made to its Motion for Extension of Time dated February 27, 2004, as such modification was rendered moot by the Court's order dated March 5, 2004. Pursuant to that order, the deadlines for filing of dispositive motions and the pretrial memorandum have been suspended pending further notice of the Court.

WHEREFORE, the Defendant respectfully requests that the Court enter an order withdrawing its modification to Defendant's Motion for Extension of Time.

                                        DEFENDANT
                                        WEBSTER INSURANCE


                                        By: _____
                                          Kristi D. Aalberg - ct 23970
                                          Carmody & Torrance LLP
                                          50 Leavenworth Street
                                          P.O. Box 1110
                                          Waterbury, CT  06721-1110
                                          (203) 573-1200
                                          Its Attorneys

{W1295547}

## **ORDER**

The foregoing Motion having been heard by the Court, it is hereby

ORDERED:    GRANTED / DENIED.

                                           BY THE COURT

                                           _____

                                           Stefan R. Underhill
                                           United States District Judge

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent via facsimile and first-class mail, on the above date to:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell Street, P.O. Box 966
Groton, CT  06340

*and via facsimile to:*

Ian O. Smith, Esq.
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT  06106

 

                                                      _____
                                                          Kristi D. Aalberg