FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 APR 15 A 11: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| BARRY LEVINE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | 3:03CV148 (SRU) |
| | : | |
| WEBSTER INSURANCE, | : | |
| Defendant. | : | March 31, 2004 |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S
MODIFICATION OF MOTION FOR EXTENSION OF TIME
DATED MARCH 11, 2004**

The Defendant, Webster Insurance, hereby moves the Court to enter an order withdrawing the March 11, 2004 modification that the Defendant made to its Motion for Extension of Time dated February 27, 2004, as such modification was rendered moot by the Court's order dated March 5, 2004. Pursuant to that order, the deadlines for filing of dispositive motions and the pretrial memorandum have been suspended pending further notice of the Court.

WHEREFORE, the Defendant respectfully requests that the Court enter an order withdrawing its modification to Defendant's Motion for Extension of Time.

DEFENDANT
WEBSTER INSURANCE

By: _____
Kristi D. Aalberg - ct 23970
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
Its Attorneys

{W1295547}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.
4/14/04

FILED 2004 APR 15 A 9:04
U.S. DISTRICT COURT
BRIDGEPORT, CONN