CT/cvmhrg (January 10, 2002)

HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ___ hours **10** minutes

DATE **4-16-04**   START TIME **4:15**   END TIME **4:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:03cv148 (SRU)**

**Levine**
vs.
**Webster**

**Ian Smith**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Kristi Aalberg**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ ... #**21**   Motion **To Compel**   ☑ granted ☐ denied ☐ advisement
☐ ... #___   Motion ___   ☐ granted ☐ denied ☐ advisement
(additional empty motion/oral motion rows)

☐ Brief(s) due ___  ☐ Proposed Findings due ___  Response due ___

___ Hearing continued until ___ at ___