**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| WEBSTER INSURANCE | : | |
| | : | |
| Defendant. | : | MAY __, 2004 |

**STIPULATION AND ORDER PROTECTING DISCLOSURE**
**OF STOCK PURCHASE AGREEMENT**

1.      IT IS HEREBY STIPULATED AND AGREED, pursuant to the Order of the

Court order, that the Stock Purchase Agreement by and among Webster Financial

Corporation and Damman Associates, Inc., and LLIA, Inc. et al, dated February 1, 2000,

as sought by the Plaintiff's Motion to Compel dated December 29, 2003, is hereby

produced to trial counsel from Moukawsher & Walsh, L.L.C. who have filed an

appearance in this action, namely Thomas G. Moukawsher, Esq. and Ian O. Smith, Esq.,

for the sole purpose and use in the prosecution of the above caption lawsuit.

2.      It is further stipulated and agreed that such document shall be kept confidential

and shall not be disclosed to any third party, including the Plaintiff, without notice to the

Defendant and an Order of the Court upon a showing that such disclosure is inherently

necessary.  Notwithstanding the foregoing, above named trial counsel shall have the right

to disclose such document to the secretarial, paralegal, clerical, duplicating and data

processing personnel of its firm, as necessary trial counsel's use of such document in the

prosecution of the above captioned lawsuit.

{W1299249}

3.      If any portion of the Stock Purchase Agreement is filed with the Court, or if any pleadings, motions or other papers any portion of the Stock Purchase Agreement are filed with the Court, such shall be filed under seal and kept under seal until further order of the Court.  Where possible, only confidential portions of filings with the Court shall be filed under seal.  If pleadings, motions or other papers filed with the Court contains Confidential Material, it shall be filed in a sealed envelope marked with the caption of the case, a schedule of the contents of the envelope, and the foregoing or similar legend:

CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO A PROTECTIVE ORDER OF
THE COURT, TO BE OPENED ONLY BY
OR AS DIRECTED BY THE COURT

4.      This Stipulation and Protective Order shall not deprive any party of its right to object to any future discovery by the other on any otherwise permitted ground.

5.      This Stipulation and Protective Order is being entered without prejudice to the right of any party to move the Court for modification of or relief from any of its terms.

6.      By entering this Stipulation and Protective Order and limiting the disclosure of the Stock Purchase Agreement in this case, the Court does not intend to preclude another Court from finding that information may be relevant and subject to disclosure in another case.  Any party subject to the terms of this Stipulation and Protective Order becomes the subject of a motion to disclose the Stock Purchase Agreement in any other matter, shall promptly notify both the Plaintiff and Defendant of the motion so that such party may have an opportunity to appear and be heard on whether the Stock Purchase Agreement should be disclosed.

7.      This Stipulation and Protective Order shall survive the termination of this action

and shall remain in full force and effect unless modified by an Order of this Court or by the

written stipulation of the parties filed with the Court.

8       Upon final termination of this litigation, the above named trial counsel or other

individual subject to the terms hereof shall be under an obligation to assemble and to

return to the Defendant all originals and copies of the Stock Purchase Agreement and/or

any documents containing any portion of the Stock Purchase Agreement.


IT IS SO STIPULATED:

                                    MOUKAWSHER & WALSH, L.L.C.
                                    Attorneys for Plaintiff



Dated:_____        By:_____
                                    Ian O. Smith (ct24135)
                                    Moukawsher & Walsh, L.L.C.
                                    21 Oak Street
                                    Suite 209
                                    Hartford, CT  06106
                                    Telephone: (860) 278-7000
                                    Fax: (860) 548-1740

CARMODY & TORRANCE LLP
                                    Attorneys for the Defendant



Dated:_____        By:_____
                                    Kristi D. Aalberg (ct 23970)
                                    Carmody & Torrance LLP
                                    50 Leavenworth Street
                                    Post Office Box 1110
                                    Waterbury, CT 06721-1110
                                    Telephone: (203) 573-1200
                                    Fax: (203) 575-2600

IT IS SO ORDERED:                    By the Court:



Dated:_____                    _____
                                                                  (Judge/Clerk)