Joseph E. Moukawsher
Michael J. Walsh
Thomas G. Moukawsher
D. Lincoln Woodard
Ann Walsh Henderson
Ian O. Smith
Karolina Kolodziej
Ryan P. Barry

Law Offices

# Moukawsher & Walsh, L.L.C.

21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000

Fax (860) 548-1740

Reply to:

☐ Hartford

FILED
2004 JUL 13 A 10: 55
U.S. DISTRICT COURT
BRIDGEPORT, CT

July 7, 2004

**VIA REGULAR MAIL**
Hon. Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

RE:   Barry Levine v. Webster Insurance
       Docket No. 3:03 CV 148 (SRU)

Dear Judge Underhill:

On March 5, 2004, the Court ordered the suspension of all deadlines in the above referenced case. Plaintiff Barry Levine ("Levine") respectfully requests that the Court schedule a status conference in order to discuss parties' progress in the case and confer regarding the establishment of new case deadlines including the date by which parties must file dispositive motions.

Depositions were completed in this case on December 23, 2003. No substantial activity occurred between that date and February 20, 2004, when defendant served upon Levine its first set of Requests for Admission (defendant's "Requests"). On February 27, 2004, the deadline for filing dispositive motions, defendant moved for an extension of time for filing such motions (as well for as the joint trial memorandum submission deadline and the trial readiness date), based on its desire to first obtain from Levine responses to its Requests. Defendant proposed that the deadline be extended as follows:

> [A]ny and all dispositive motions shall be filed on or before the thirtieth (30th) day following the later of either: (a) the Plaintiff's admissions to Defendant's Requests for Admissions Directed to Plaintiff dated February 20, 2004; or (b) the resolution of any dispute concerning Defendant's Requests [. . . .]

328 Mitchell Street, Groton, CT 06340, (860) 445-1809, fax (860) 446-8161

## Moukawsher & Walsh, L.L.C.

Hon. Stefan R. Underhill
July 7, 2004
PAGE TWO

On March 3, 2004, Levine filed his Objection to Defendant's Motion for Extension of Time in which he stated that the resolution of any dispute concerning the Requests may result in a significant delay which would extend by an unknown period the date by which defendant would be required to file its dispositive motion, and that therefore defendant's motion should be denied.

On March 11, 2004, defendant filed a reply brief in response to Levine's Objection, in which it retracted its initial proposal for extension of time for the dispositive motion deadline, and conceded that "an extension of the deadline to a date certain is more appropriate." However, on or about the same date that defendant filed its reply brief, parties learned that the Court had, on March 5, 2004, granted "in substantial part" defendant's February 27, 2004 Motion for Extension of Time and "suspended pending further order" the dispositive motion and pretrial motion deadlines.

Parties have made progress on the case since the Court's March 5, 2004 order. On April 12, 2004, defendant submitted to Levine (because of Levine's objections concerning the phrasing of several of defendant's original Requests) Modified and Supplemental Requests for Admission (the "Modified Requests"). On May 12, 2004, Levine responded to the Modified Requests. As discovery was completed several months ago, and case deadlines are currently suspended, Levine respectfully requests that the Court conduct, at its convenience, a status/scheduling conference.

Very truly yours,

Ian O. Smith

ios/tba
c: to counsel