UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 17 P 4: 54

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| BARRY LEVINE | : |
| Plaintiff, | : CIVIL ACTION NO. |
| V. | : 3:03CV148 (SRU) |
| WEBSTER INSURANCE, INC. | : |
| Defendant. | : SEPTEMBER 17, 2004 |

## MOTION FOR SUMMARY JUDGMENT
## IN FAVOR OF DEFENDANT

Pursuant to Rule 56(b) of the Federal Rules of Civil, the defendant, Webster Insurance, Inc. ("Webster"), respectfully requests that the Court enter summary judgment in its favor as to all counts of the plaintiff's Complaint dated January 20, 2003 because there are no triable issues of material fact and Webster is entitled to summary judgment as a matter of law. A memorandum of law in support of Webster's Motion for Summary Judgment is submitted herewith.

THE DEFENDANT,
WEBSTER INSURANCE, INC.

BY: /s/ Kristi D. Aalberg
Charles F. Corcoran, Esq. (ct02499)
Kristi D. Aalberg, Esq. (ct23970)
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone: (203) 777-5501
Facsimile: (203) 784-3199

**ORAL ARGUMENT REQUESTED**

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, L.L.C.
328 Mitchell Street
P.O. Box 966
Groton, CT 06340

Ian O. Smith, Esq.
Moukawsher & Walsh, L.L.C.
21 Oak Street
Suite 209
Hartford, CT 06106

                                              */s/ Kristi D. Aalberg*
                                              Kristi D. Aalberg, Esq.