# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV148 (SRU) |
| V. | : | |
| | : | |
| WEBSTER INSURANCE, INC. | : | |
| | : | |
| Defendant. | : | SEPTEMBER 17, 2004 |

### AFFIDAVIT OF JOHN J. QUEIROLO IN SUPPORT OF DEFENDANT WEBSTER INSURANCE, INC.'S MOTION FOR SUMMARY JUDGMENT

I, John J. Queirolo, after being duly sworn, depose and say the following:

1. I am over the age of 18.

2. I believe in the obligations of an oath and make the statements within this affidavit based upon my own personal knowledge.

3. I am the current President and Chief Executive Officer of Webster Insurance, Inc. ("Webster").

4. Webster is a corporation organized, operating and existing, in good standing, under the laws of the state of Connecticut. See Schedule A attached hereto and made a part hereof.

5. Webster is a wholly owned subsidiary of Webster Financial Corporation, a holding company and publicly held stock corporation, organized, operating and existing under the laws of the state of Delaware. See Schedule B attached hereto and made a part hereof.

{W1317819;2}

6. Webster is a corporate entity legally separate and distinct from its parent corporation and all of its subsidiaries, and follows all corporate formalities required by law.

7. Webster's principal place of business is located in Wallingford, Connecticut.

8. Webster was previously known as Damman Associates, Inc. ("Damman"), prior to a corporate name change. See Schedule C attached hereto and made a part hereof.

9. Damman (n/k/a Webster) purchased all of the stock of LLIA, Inc. pursuant to a Stock Purchase Agreement dated February 1, 2000.

10. LLIA, Inc. is an active stock corporation organized and existing, in good standing, under the laws of the state of Connecticut. See Schedule D attached hereto and made a part hereof.

11. Louis Levine Agency, Inc. is a wholly owned subsidiary of LLIA, Inc.

12. Louis Levine Agency, Inc. is an active stock corporation organized, operating and existing, in good standing, under the laws of the state of Connecticut. See Schedule E attached hereto and made a part hereof.

13. Louis Levine Agency, Inc. is a legally separate and distinct corporation from its distant parent, Webster, and follows all corporate formalities required by law.

14. Retirement Planning Associates, Inc. is a wholly owned subsidiary of Louis Levine Agency, Inc.

15. Retirement Planning Associates, Inc. is an active stock corporation organized, existing and operating, in good standing, under the laws of the state of Connecticut. See Schedule F attached hereto and made a part hereof.

16. Retirement Planning Associates, Inc. is a legally separate and distinct corporation from its distant parent, Webster, and follows all corporate formalities required by law.

17. LLIA, Inc. owned all of the stock of Levine Financial Services, Inc. (f/k/a Levine Life Associates, Inc.) until Levine Financial Services, Inc. was merged with and into Louis Levine Agency, Inc. See Schedule G attached hereto and made a part hereof.

Dated at __Waterbury__, Connecticut, this 16th day of September, 2004.

_____
John J. Queirolo

Subscribed and sworn to before me this 16th day of September, 2004.

_____
Notary Public
My Commission Expires: 11/30/2004

{W1317819;2}                        3

I, the Connecticut Secretary of the State, and keeper of the seal thereof, DO HEREBY CERTIFY, that

LEARY-NYLEN AGENCY, INC. THE

a STOCK corporation under the Connecticut General Statutes was filed in this office on April 1, 1957. The following comprises a list of amendments changing its name as filed in this office as of the date of this certificate:

AMENDMENTS CHANGING THE NAME TO
_____

LEARY, NYLEN AND DAMMAN, INC.
  File Date:      September 18, 1961

DAMMAN ASSOCIATES, INC.
  File Date:      July 17, 1975

WEBSTER INSURANCE, INC.
  File Date:      February 26, 2002      File Time:      08:30 AM
  Effective Date: February 26, 2002      Effective Time: 08:30 AM


Insofar as the records of this office reveal, the corporation is in existence.


_____
        Secretary of the State



Date Issued: September 15, 2004

# CERTIFICATE OF AMENDMENT
## STOCK CORPORATION
Office of the Secretary of the State
30 Trinity Street / P.O. Box 150470 / Hartford, CT 06115-0470 / Rev. 12/1999

Space For Office Use Only

FILING #0002382857 PG 01 OF 02 VOL B-00476
FILED 02/26/2002 08:30 AM PAGE 00517
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

**1. NAME OF CORPORATION:**

DAMMAN ASSOCIATES, INC.

**2. THE CERTIFICATE OF INCORPORATION IS (check A., B. or C.):**

__X__ A. AMENDED.

_____ B. AMENDED AND RESTATED.

_____ C. RESTATED.

**3. TEXT OF EACH AMENDMENT / RESTATEMENT:**

THE NAME OF THE CORPORATION IS CHANGED TO:
    WEBSTER INSURANCE, INC.

(Please reference an 8 1/2 X 11 attachment if additional space is needed)

Space For Office Use Only

FILING #XXX2382857 PG 02 OF 02 VOL B-00476
FILED 02/26/2002 08:30 AM PAGE 00518
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

**4. VOTE INFORMATION (check A., B. or C.):**

\_\_\_\_\_ A. The resolution was approved by shareholders as follows:

(set forth all voting information required by Conn. Gen. Stat. Section 33-800 as amended in the space provided below)

\_X\_\_\_ B. The amendment was adopted by the board of directors without shareholder action. No shareholder vote was required for adoption.

\_\_\_\_\_ C. The amendment was adopted by the incorporators without shareholder action. No shareholder vote was required for adoption.

**5. EXECUTION:**

Dated this \_\_26th\_\_ day of FEBRUARY, 20 02

| John O. Benjamin | Secretary | [signature] |
|---|---|---|
| Print or type name of signatory | Capacity of signatory | Signature |

# Delaware

PAGE 1

Schedule B

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WEBSTER FINANCIAL CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF AUGUST, A.D. 2004.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "WEBSTER FINANCIAL CORPORATION" WAS INCORPORATED ON THE TENTH DAY OF SEPTEMBER, A.D. 1986.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.



Harriet Smith Windsor, Secretary of State

2101118   8300

040618786

AUTHENTICATION: 3313513

DATE: 08-24-04

I, the Connecticut Secretary of the State, and keeper of the seal thereof, DO HEREBY CERTIFY, that

LEARY-NYLEN AGENCY, INC. THE

a STOCK corporation under the Connecticut General Statutes was filed in this office on April 1, 1957. The following comprises a list of amendments changing its name as filed in this office as of the date of this certificate:

AMENDMENTS CHANGING THE NAME TO
_____

LEARY, NYLEN AND DAMMAN, INC.
  File Date:      September 18, 1961

DAMMAN ASSOCIATES, INC.
  File Date:      July 17, 1975

WEBSTER INSURANCE, INC.
  File Date:      February 26, 2002    File Time:       08:30 AM
  Effective Date: February 26, 2002    Effective Time:  08:30 AM


Insofar as the records of this office reveal, the corporation is in existence.

_____
Secretary of the State


Date Issued: September 15, 2004

# CERTIFICATE OF AMENDMENT
## STOCK CORPORATION
Office of the Secretary of the State
30 Trinity Street / P.O. Box 150470 / Hartford, CT 06115-0470 /Rev. 12/1999

**Space For Office Use Only**

```
FILING #0002382857 PG  01 OF  02 VOL B-00476
 FILED 02/26/2002 08:30 AM PAGE    00517
           SECRETARY OF THE STATE
    CONNECTICUT SECRETARY OF THE STATE
```

**1. NAME OF CORPORATION:**

DAMMAN ASSOCIATES, INC.

**2. THE CERTIFICATE OF INCORPORATION IS (check A., B. or C.):**

__X__ A. AMENDED.

_____ B. AMENDED AND RESTATED.

_____ C. RESTATED.

**3. TEXT OF EACH AMENDMENT / RESTATEMENT:**

THE NAME OF THE CORPORATION IS CHANGED TO:
   WEBSTER INSURANCE, INC.

(Please reference an 8 1/2 X 11 attachment if additional space is needed)

Space For Office Use Only

```
FILING #XXXX 082857 PG  02 OF  02 VOL B-00476
      FILED 02/26/2002 08:30 AM PAGE  00518
                  SECRETARY OF THE STATE
           CONNECTICUT SECRETARY OF THE STATE
```

**4. VOTE INFORMATION (check A., B. or C.):**

____ A. The resolution was approved by shareholders as follows:

(set forth all voting information required by Conn. Gen. Stat. Section 33-800 as amended in the space provided below)

__X__ B. The amendment was adopted by the board of directors without shareholder action. No shareholder vote was required for adoption.

____ C. The amendment was adopted by the incorporators without shareholder action. No shareholder vote was required for adoption.

**5. EXECUTION:**

Dated this ___26th___ day of __FEBRUARY__, 20 _02_

| Print or type name of signatory | Capacity of signatory | Signature |
|---|---|---|
| John O. Benjamin | Secretary | [signed] |

Office of the Secretary of the State of Connecticut          Schedule D

I, the Connecticut Secretary of the State, and keeper of the seal thereof, DO HEREBY CERTIFY, that

LLIA, INC.

incorporated under the laws of Connecticut is in existence.

_____
Secretary of the State

Date Issued: February 2, 2004

Office of the Secretary of the State of Connecticut

Schedule E

I, the Connecticut Secretary of the State, and keeper of the seal thereof, DO HEREBY CERTIFY, that

LOUIS LEVINE AGENCY INC.

incorporated under the laws of Connecticut is in existence.

_____
Secretary of the State

Date Issued: August 25, 2004

6166
Rev. 2/94

Office of the Secretary of the State of Connecticut                    Schedule F

I, the Connecticut Secretary of the State, and keeper of the seal thereof, DO HEREBY CERTIFY, that

RETIREMENT PLANNING ASSOCIATES, INC.

incorporated under the laws of Connecticut is in existence.

*[signature: Susan Bysiewicz]*
Secretary of the State

Date Issued: February 3, 2004

```
SS6V                    CONCORD                  09/17/2004              Schedule G
                  VALIDATE NAME FOR INQUIRY       10:08:34
                                                                    1   OF   1

        NAME  LEVINE FINANCIAL SERVICES, INC.


   ☐    0027871      LEVINE FINANCIAL SERVICES, INC.              MERGED




 ENTER "S" TO MAKE A SELECTION FOR PROCESSING
 PF: 1-HELP   3-END   12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS14                       CONCORD                  09/17/2004
                     DISPLAY FILING HISTORY          10:11:05
                                                              1   OF   4
                      LEVINE FINANCIAL SERVICES, INC.

  BUSINESS ID:   0027871
      FILING          FILING DATE/TIME        FILING       VOL    ST   NBR OF
      NUMBER       EFFECTIVE DATE/TIME         TYPE               PG   PAGES
     0000519865                       00:00 AM REPORT(1993)             0

     0000519914   JAN 02 1974         00:00 AM INCORPORATION  08460 C 0937   0

     0000519915   JAN 08 1974         00:00 AM ORG REPORT     00000 C 0000   0

     0000996562   MAR 03 1986         00:00 AM AMEND NAME     10640 C 1537   0

     0000519863   JUN 14 1994         00:00 AM ADD PRINCIPAL  12530 C 3099   0


  PF:  1-HELP   3-END   5-BOT   8-FWD   12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS14                        CONCORD                    09/17/2004
                      DISPLAY FILING HISTORY            10:11:56
                                                                  2   OF   4
                LEVINE FINANCIAL SERVICES, INC.

  BUSINESS ID:   0027871
       FILING          FILING DATE/TIME         FILING        VOL    ST    NBR OF
       NUMBER          EFFECTIVE DATE/TIME      TYPE                 PG    PAGES
       0000519862    JUN 14 1994     00:00 AM   CEASE PRINCIPAL  12530 C 3098   0

       0000519864    AUG 25 1994     00:00 AM   CEASE PRINCIPAL  12580 C 0768   0

       0001518219    MAR 14 1995     08:30 AM   REPORT (1995)    00007 B 2523   2

       0001546032    JUL 27 1995     03:56 PM   AGENT            00023 B 0165   1

       0001546028    JUL 27 1995     03:56 PM   ADDRESS          00023 B 0157   1


  PF:  1-HELP   3-END   4-TOP   5-BOT   7-BKWD   8-FWD   12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS14                      CONCORD                 09/17/2004
                    DISPLAY FILING HISTORY         10:12:04
                                                         3  OF  4
                   LEVINE FINANCIAL SERVICES, INC.

   BUSINESS ID:  0027871
      FILING         FILING DATE/TIME        FILING       VOL  ST   NBR OF
      NUMBER         EFFECTIVE DATE/TIME     TYPE              PG   PAGES
      0001591134   JAN 25 1996    08:30 AM  REPORT (1996)  00048 B 3465    3

      0001698658   FEB 03 1997    08:30 AM  REPORT (1997)  00113 B 2705    3
                   FEB 03 1997    08:30 AM
      0001842978   JAN 30 1998    08:30 AM  REPORT (1998)  00192 B 0825    3
                   JAN 30 1998    08:30 AM
      0001940757   JAN 29 1999    08:30 AM  REPORT (1999)  00246 B 2977    3
                   JAN 29 1999    08:30 AM
      0002062597   JAN 11 2000    08:30 AM  REPORT (2000)  00312 B 1600    3
                   JAN 11 2000    08:30 AM

   PF: 1-HELP   3-END   4-TOP   5-BOT   7-BKWD   8-FWD   12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS14                      CONCORD                    09/17/2004
                     DISPLAY FILING HISTORY           10:12:14
                                                              4  OF  4
                  LEVINE FINANCIAL SERVICES, INC.

  BUSINESS ID:    0027871
        FILING           FILING DATE/TIME         FILING        VOL   ST   NBR OF
        NUMBER          EFFECTIVE DATE/TIME        TYPE          PG        PAGES
      0002137554   AUG 02 2000      08:30 AM  INTERIM NOTICE   00351  B 2079    1

      0002138286   AUG 02 2000      08:30 AM  AGENT            00351  B 3508    1
                   AUG 02 2000      08:30 AM
 [ ]  0002163230   SEP 29 2000      02:00 PM  MERGE            00364  B 3307    5
                   OCT 01 2000      04:30 PM



  PF: 1-HELP  2-SUCC DETL  3-END  4-TOP  7-BKWD  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS16                         CONCORD                    09/17/2004
                     DISPLAY SUCCESSOR HISTORY          10:12:26
                                                              1     OF  1
   SURVIVOR:      LOUIS LEVINE AGENCY INC.

   BUSINESS ID:   0028480
         TERMINATING COMPANY                    FILING NBR   DATE
   [ ]   LEVINE FINANCIAL SERVICES, INC.        0002163230 SEP 29 2000




   PF: 1-HELP   2-FILING HIST   3-END   4-TERM DETL   12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]