# EXHIBIT B

Case 3:03-cv-00148-SRU     Document 37-3     Filed 09/17/2004     Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARRY LEVINE | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 3:03CV148 (SRU) |
| V. | : |
| WEBSTER INSURANCE, INC. | : |
| Defendant. | : SEPTEMBER 17, 2004 |

### AFFIDAVIT OF GERALD U. LEVINE IN SUPPORT OF DEFENDANT WEBSTER INSURANCE, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Gerald U. Levine, after being duly sworn, depose and say the following:

1. I am over the age of 18.

2. I believe in the obligations of an oath and make the statements within this affidavit based upon my own personal knowledge.

3. I am currently employed by Webster Insurance, Inc. ("Webster") as Executive Vice President.

4. I am a former owner and director of Louis Levine Agency, Inc. and of LLIA, Inc., the current parent corporation to Louis Levine Agency, Inc.

5. Prior to 1992, LLIA, Inc. and its subsidiaries and affiliates, including but not limited to Louis Levine Agency, Inc., Retirement Planning Associates, Inc., and Levine Financial Services, Inc., comprised a family-owned and primarily family-operated insurance and financial services business.

{W1317895;2}

6. LLIA, Inc. and its subsidiaries and affiliates, including but not limited to those entities listed in Paragraph 5 above, are sometimes collectively referred to as the "Levine Companies."

7. Between 1980 and 1992, Louis Levine Agency, Inc. was the entity of the Levine Companies that sold and serviced casualty insurance.

8. Between 1980 and 1992, Levine Financial Services, Inc. was the entity of the Levine Companies that sold and serviced life, group and disability insurance.

9. Between 1980 and 1992, Retirement Planning Associates, Inc. functioned as a third party administrator of pension plans.

10. Although the owners of the Levine Companies work for several companies operating under the umbrella of the Levine Companies, owners' salaries were paid either out of the Levine Financial Services, Inc. payroll or the Louis Levine Agency, Inc. payroll.

11. Prior to 1992, despite the fact that Michael Levine, Herbert Levine and I were each majority shareholders of LLIA, Inc., Michael controlled the operation of the Levine Companies.

Dated at WATERFORD, Connecticut, this 14 day of September, 2004.

_____
Gerald U. Levine

Subscribed and sworn to before me this 15th day of September, 2004.

_Gloria A. Marshall_
Notary Public
My Commission Expires: _My Commission Exp. Jan. 31, 2008_