UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| WEBSTER INSURANCE, INC. | : | |
| | : | |
| Defendant | : | OCTOBER 4, 2004 |

**PLAINTIFF'S FIRST UNOPPOSED MOTION
FOR A 21 DAY EXTENSION OF TIME TO FILE OPPOSITION BRIEF**

The plaintiff in the above captioned matter, Barry Levine, hereby requests an extension of time of twenty-one (21) days from October 8, 2004, up to and including October 29, 2004, in which to respond to defendant Webster Insurance, Inc.'s Motion for Summary Judgment dated September 17, 2004.

Webster makes various arguments in its Motion which will require the undersigned to undertake significant factual and legal research. Because of a variety of other deadlines and work commitments, the undersigned has been unable to devote appropriate time to such research during the last two weeks.

This is the plaintiff's first extension of time sought with regard to this matter. Counsel for defendant has indicated she has no objection to this motion.

        THE PLAINTIFF
        BARRY LEVINE


        By/s/ Ian O. Smith
        Thomas G. Moukawsher (ct08940)
        Ian O. Smith (ct24135)
        Moukawsher & Walsh, LLC
        328 Mitchell Street, PO Box 966
        Groton, CT  06340
        (860) 445-1809

        HIS ATTORNEYS


## **CERTIFICATION:**

A copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record:

Kristi D. Aalberg, Esq.
Carmody & Torrance, LLP
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110

Date:  October 4, 2004

        /s/ Ian O. Smith
        Ian O. Smith