# United States District Court
# District of Connecticut

Civil Action No. **3:03cv148**    (SRU)

## ELECTRONIC FILING ORDER

The Court orders that, after the date hereof, the parties shall file all documents in this case electronically. The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

__Civil Cases__:   All pleadings (including briefs and exhibits) supporting or opposing the following:

   a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
   b. Dispositive motions (motions to dismiss or for summary judgment);
   c. Requested jury instructions;
   d. Compliance with Pretrial Orders;
   e. Trial briefs, including proposed findings of fact and conclusions of law; and
   f. **Any other filing requested by the court**.

<u>Criminal Cases</u>:    All pleadings (including briefs and exhibits) supporting or opposing the following:

a. Motions to dismiss the indictment;
b. Motions to suppress;
c. Motions to modify presentence reports;
d. Requested jury instructions;
e. Trial briefs; and
f. **Any other filing requested by the court**.

        /s/ Stefan R. Underhill
            Stefan R. Underhill
            United States District Judge