UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| WEBSTER INSURANCE, INC. | : | |
| | : | |
| Defendant | : | OCTOBER 28, 2004 |

**PLAINTIFF'S SECOND UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE OPPOSITION BRIEF**

The plaintiff in the above captioned matter, Barry Levine, hereby requests an extension of time of seven (7) days, up to and including November 5, 2004, in which to respond to defendant Webster Insurance, Inc.'s Motion for Summary Judgment dated September 17, 2004. This is Levine's second request for an extension of time in this matter.

On October 4, 2004 he requested an initial extension of twenty-one (21) days from October 8, 2004, up to and including October 29, 2004, in which to respond to defendant Webster Insurance, Inc.'s Motion for Summary Judgment dated September 17, 2004. Since his October 4 request for an extension, the undersigned has been unable to complete Levine's opposition brief, and is unable to meet the October 29 deadline. The undersigned has been occupied with preparing for and attending meetings and out-of-town depositions in the matters of Shaun B. Cashman et al. v. Dolce International et al., 3:04CV106 (MRK); Richard Provencher et al v. Pfizer, Inc., 3:00CV2358 (CFD); Charles Stevens Jr. v. Coach, USA, et al., 3:03CV1948 (JBA); and attending an out-of-town status conference in the matter James S. Bernat v. Gentex Optics, Inc., C.A. No. 04-0058-FDS.

The undersigned's schedule has cleared throughout the remainder of this week and next week and he will file Levine's opposition brief by November 5, 2004. This is the plaintiff's second extension of time sought with regard to this matter.

Counsel for defendant has indicated she has no objection to this motion.

THE PLAINTIFF
BARRY LEVINE


By      /s/ Ian O.Smith
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
328 Mitchell Street, PO Box 966
Groton, CT  06340
(860) 445-1809

HIS ATTORNEYS

**CERTIFICATION:**

A copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record:

Kristi D. Aalberg, Esq.
Carmody & Torrance, LLP
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110

Date:   October 28, 2004

         /s/ Ian O. Smith
         Ian O. Smith