**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| WEBSTER INSURANCE | : | |
| | : | |
| Defendant | : | NOVEMBER 5, 2004 |

**PLAINTIFF'S OBJECTION**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Barry Levine ("Levine"), plaintiff in the above captioned matter, hereby objects to

the motion for summary judgment filed by defendant. As is more particularly set forth in

the accompanying memorandum of law, Levine respectfully represents that there are

genuine issues of material fact in dispute and defendant is not entitled to judgment as a

matter of law.

THE PLAINTIFF
BARRY LEVINE


By /s/ Ian O. Smith
    Thomas G. Moukawsher (ct08940)
    Ian O. Smith (ct24135)
    Moukawsher & Walsh, LLC
    328 Mitchell Street, PO Box 966
    Groton, CT  06340
    (860) 445-1809
    His Attorneys


**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

## CERTIFICATION

I hereby certify that on November 5, 2004, a copy of foregoing Plaintiff's Objection to Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristi Dawn Aalberg
Carmody & Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110
kaalberg@carmodylaw.com

Charles F. Corcoran, III
Carmody & Torrance
195 Church St., PO Box 1950, 18th Floor
New Haven, CT 06509-1950
ccorcoran@carmodylaw.com


/s/ Ian O. Smith
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
(860) 278-7000