# EXHIBIT 4

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARRY LEVINE

VS                                    CV 3:03CV148(SRU)

WEBSTER INSURANCE

    Deposition of DANIEL CARTER taken in accordance with the Connecticut Practice Book at the Law Offices of Carmody & Torrance LLP, 195 Church Street, New Haven, Connecticut, before Deborah Gentile, LSR, a Licensed Shorthand Reporter and Notary Public, in and for the State of Connecticut on December 19, 2003, at 1:32 p.m.

DEBORAH GENTILE, LSR
LSR NO. 419

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS

117 RANDI DRIVE          100 PEARL STREET, 14th FLOOR
MADISON, CT 06443        HARTFORD, CT 06103-4506
  203 245-9583                 800 839-6867

```
                                                              35
 1        A    Correct.
 2        Q    Your answer was: That is correct, right?
 3        A    Correct.
 4        Q    With respect to the sums that are on Exhibit 3
   in the chart, there are sums there for each year 1980
   through 1992 showing computed allocations that would be
   his profit sharing contribution entitlement for each year;
   do you see that?
 9        A    Yes.
10        Q    For any of those years, can you point me to a
   document that indicates that -- a contemporaneous document
   that indicates that those dollar amounts were paid to
   Barry Levine as cash bonuses in lieu of a contribution to
   his -- the profit sharing plan?
15        A    No.
16        Q    Do you know anyone who can?
17        A    That would be an accounting function.
18        Q    Is your answer, no, you don't know anyone who
   can?
20        A    No one presently.
21        Q    Was there someone not pres -- what do you mean
   by no one presently as opposed to just saying, no, you
   can't point me to anyone?
24        A    The -- there was an accounting department. It
   was variously headed up by Joseph Cushner or Tony Martone
```

36

1  or John Crown, and these people would have some knowledge
2  of this.
3      Q   They'd have some knowledge you're saying of how
4  the books were done, right?
5      A   Correct.
6      Q   But you are not sitting here and telling me that
7  they -- that you have specific knowledge that any of those
8  people could point me to a document that says that Barry
9  Levine received cash, lump some bonus payments in the
10 amounts reflected on the chart in Exhibit 3, right?
11     A   Right.
12     Q   You can't point me to anyone who could do that
13 for me, right?
14     A   Right.
15     Q   Okay. And you already testified that you can't
16 point me to any documents, so I won't ask that. As you
17 sit here today, Mr. Carter, you wouldn't want to testify
18 that, for instance, in the payroll ledger sheets of Levine
19 Life for the year 1982 that I could find a specific item
20 in here that reflects Barry Levine's receipt of a cash
21 bonus payment in lieu of his -- in lieu of this
22 contribution to the profit sharing plan?
23         MR. CORCORAN, III:  Objection to the form
24     of the question.  I don't know what "want to
25     testify" means.  If you want to ask him to look

37

1   through it or to tell you whether without
2   looking through it it's in there or not, you
3   may; but I don't know what want to testify
4   means.
5           MR. MOUKAWSHER:  I'll withdraw the
6       question.
7           MR. CORCORAN, III:  Good.
8   BY MR. MOUKAWSHER:
9       Q   Mr. Carter, can you testify as you sit here
10  today that you would be able to if I went through each one
11  of these payroll records -- I have all the payroll records
12  except the ones that apparently have been destroyed --
13  from 1980 until 1992, if I were to show you them, you
14  claim -- do you claim that if I were to show them to you
15  you could point out to me for any of these years where
16  Barry Levine and the payroll records is recorded as
17  receiving a cash payment in lieu of a profit sharing
18  contribution?
19          MR. CORCORAN, III:  Objection to the form
20      of the question.
21          MR. MOUKAWSHER:  Do you understand my
22      question, Mr. Carter?
23          THE WITNESS:  Yes.
24          MR. MOUKAWSHER:  Could you answer, please.
25          THE WITNESS:  No.

38

BY MR. MOUKAWSHER:

Q   Are you refusing to answer, or do you mean, no, you couldn't point me to any place in the payroll records?

A   The latter.

Q   You could not point me to anywhere in the payroll records that records the receipt by Barry Levine of any payment of cash in lieu of profit sharing contribution, correct?

A   Correct.

Q   Do you know anyone who could?

A   If you mean the entry would state that it was in lieu of, no, no one could.

Q   Is there some other number recorded in each one of these payroll records that you could point me to to show a payment made to Barry Levine for any year in lieu of his contribution to the profit sharing plan?

A   One would have to match up the allocation column here with bonuses paid at various times in the payroll records.

Q   I'm asking you, Mr. Carter, if I were to show you them could you find them?

A   Bookkeeping is not my thing.  I -- I probably couldn't.  They could be part of other bonuses.  I couldn't tell you for sure.  I'm not the one to do that.

Q   You can't offer any testimony, in other words,

43

1  Q    No. Then you cannot identify anyplace within
2  the document now marked as Plaintiff's Exhibit 6 a record
3  reflecting that Barry Levine received a $13,552.73 payment
4  for a bonus in lieu of a contribution, correct?
5  A    Yes.
6  Q    Mr. Carter, having looked at that set, you would
7  agree with me that there were several bonus payments in
8  that document to Barry Levine; is that right?
9  A    Yes.
10 Q    There were several bonus payment in that
11 document that were made to you; isn't that right?
12 A    Yes.
13 Q    Would it surprise you to find out that the total
14 of those grant you $77,999 of bonus and grant Barry
15 $77,680 of bonus?
16 A    Yes.
17 Q    Why would it surprise you?
18 A    I'm just surprised.
19 Q    Do you doubt that would be the case? Would you
20 like to add up the numbers?
21 A    No, I would not.
22 Q    And you know that those payments were broken up
23 into multiple payments by reading the document, right?
24 A    By reading what document?
25 Q    By reading the document marked as Plaintiff's