# EXHIBIT 6

Reallocation of Earnings

| Participant | Account Balance as of 12/31/89 | Return on Colonial 1995-2000 | | Return on Tanglewood | | Total | | |
|---|---|---|---|---|---|---|---|---|
| Carter, Daniel M. | $ 272,697.63 | 11.2733% | $ 7,918.13 | $ | 1,852.56 | $ | 9,770.68 | |
| Levine, Andrew | $ 3,061.44 | 0.1266% | $ 88.89 | $ | 20.80 | $ | 109.69 | $ 109.69 |
| Levine, Barry | $ 40,116.74 | 1.6584% | $ 1,164.84 | $ | 272.53 | $ | 1,437.37 | $ 1,437.37 |
| Levine, Gerald | $ 265,786.80 | 10.9876% | $ 7,717.46 | $ | 1,805.61 | $ | 9,523.07 | |
| Levine, Herbert B. | $ 616,435.10 | 25.4834% | $ 17,898.99 | $ | 4,187.72 | $ | 22,086.71 | $ 22,086.71 |
| Levine, Michael T. | $ 616,435.10 | 25.4834% | $ 17,898.99 | $ | 4,187.72 | $ | 22,086.71 | $ 22,086.71 |
| Ahern, Sherrie | $ 172.12 | 0.0071% | $ 5.00 | $ | 1.17 | $ | 6.17 | |
| Banker, Dorothy | $ 7,411.50 | 0.3064% | $ 215.20 | $ | 50.35 | $ | 265.55 | $ 265.55 |
| Barrett, Patricia A. | $ 249.85 | 0.0103% | $ 7.25 | $ | 1.70 | $ | 8.95 | $ 8.95 |
| Beninato, Arlene | $ 295.10 | 0.0122% | $ 8.57 | $ | 2.00 | $ | 10.57 | $ 10.57 |
| Bugbee, Heather | $ 15,797.22 | 0.6531% | $ 458.69 | $ | 107.32 | $ | 566.01 | |
| Calabria, Celeste C. | $ 24,111.47 | 0.9968% | $ 700.11 | $ | 163.80 | $ | 863.91 | |
| Curtin, Patti Ann | $ 15,739.90 | 0.6507% | $ 457.03 | $ | 106.93 | $ | 563.96 | $ 563.96 |
| Dukette, Joann | $ 9,066.48 | 0.3748% | $ 263.26 | $ | 61.59 | $ | 324.85 | $ 324.85 |
| DeMoya, Kathleen Ann | $ 321.27 | 0.0133% | $ 9.33 | $ | 2.18 | $ | 11.51 | $ 11.51 |
| Eccleston, Judith | $ 7,633.39 | 0.3156% | $ 221.65 | $ | 51.86 | $ | 273.50 | |
| Edgecomb, Deborah | $ 220.66 | 0.0091% | $ 6.41 | $ | 1.50 | $ | 7.91 | $ 7.91 |
| Elam, Wendy S. | $ 166.92 | 0.0069% | $ 4.85 | $ | 1.13 | $ | 5.98 | $ 5.98 |
| Fecteau, Linda | $ 2,261.55 | 0.0935% | $ 65.67 | $ | 15.36 | $ | 81.03 | $ 81.03 |
| Ferland, Lucia | $ 31,414.59 | 1.2987% | $ 912.16 | $ | 213.41 | $ | 1,125.58 | $ 1,125.58 |
| Gerrish, Lisa | $ 1,944.54 | 0.0804% | $ 56.46 | $ | 13.21 | $ | 69.67 | |
| Godomsky, Bette | $ 63,335.09 | 2.6183% | $ 1,839.02 | $ | 430.26 | $ | 2,269.28 | $ 2,269.28 |
| Gourd, Sally | $ 1,169.43 | 0.0483% | $ 33.96 | $ | 7.94 | $ | 41.90 | $ 41.90 |
| Heill, Sharon | $ 26,279.35 | 1.0864% | $ 763.05 | $ | 178.53 | $ | 941.58 | $ 941.58 |
| Kopsak, Joseph | $ 42,398.72 | 1.7528% | $ 1,231.10 | $ | 288.03 | $ | 1,519.13 | $ 1,519.13 |
| Levine, Hannah | $ 259,768.87 | 10.7389% | $ 7,542.72 | $ | 1,764.73 | $ | 9,307.45 | $ 9,307.45 |
| Lupoletti, Bonnie J. | $ 696.35 | 0.0288% | $ 20.22 | $ | 4.73 | $ | 24.95 | $ 24.95 |
| Mariano, Barbara | $ 7,357.58 | 0.3042% | $ 213.64 | $ | 49.98 | $ | 263.62 | $ 263.62 |
| Martone, Anthony | $ 12,309.00 | 0.5089% | $ 357.41 | $ | 83.62 | $ | 441.03 | |
| McDermott, Mary Ann | $ 41,080.15 | 1.6983% | $ 1,192.82 | $ | 279.08 | $ | 1,471.89 | |
| Paquette, Karen L. | $ 1,074.08 | 0.0444% | $ 31.19 | $ | 7.30 | $ | 38.48 | |
| Pugliese, David | $ 18,200.98 | 0.7524% | $ 528.49 | $ | 123.65 | $ | 652.14 | |
| Rudolph, Karen R. | $ 547.14 | 0.0226% | $ 15.89 | $ | 3.72 | $ | 19.60 | $ 19.60 |
| Sanborn, Barbara | $ 4,661.52 | 0.1927% | $ 135.35 | $ | 31.67 | $ | 167.02 | $ 167.02 |
| Sinagra, Robert D. | $ 546.70 | 0.0226% | $ 15.87 | $ | 3.71 | $ | 19.59 | |
| Sprouse, Linda E. | $ 420.58 | 0.0174% | $ 12.21 | $ | 2.86 | $ | 15.07 | $ 15.07 |
| St. George, Mary E. | $ 7,224.89 | 0.2987% | $ 209.78 | $ | 49.08 | $ | 258.87 | $ 258.87 |
| Winkler, Lisa | $ 553.70 | 0.0229% | $ 16.08 | $ | 3.76 | $ | 19.84 | $ - |
| | $ 2,418,963.50 | 100.0000% | $ 70,237.72 | $ | 16,433.10 | $ | 86,670.82 | $ 62,954.84 |
| | | | $ 70,237.72 | $ | 16,433.10 | $ | 86,670.82 | |

Levineps.xls

Levine PS Plan Summary

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Values:** | | | | | | | | | | | | |
| Bellevue | $ 282,108.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Colonial | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Granada | $ 81,000.00 | $ 10,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Public Storage | $ 75,000.00 | $ 32,400.00 | $ 30,881.00 | $ 38,475.00 | sold | | | | | | | |
| Tanglewood | | $ 30,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| **Receipts:** | | | | | | | | | | | | |
| Bellevue | | $ 13,895.93 | $ - | $ - | $ - | $ - | $ 6,730.76 | $ 7,273.61 | $ 29,496.81 | $ 562.50 | $ 25,390.70 | $ 783.34 |
| Colonial | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Granada | | $ 2,026.62 | $ 1,367.28 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Public Storage | | $ 250.00 | $ 250.00 | $ - | $ 250.00 | $ - | $ - | $ - | $ - | $ 16,433.10 | $ - | $ - |
| Tanglewood | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| P/S Contributions | $ - | $ - | $ - | $ - | $ 64,269.74 | $ 16,719.53 | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| **Distributions:** | | | | | | | | | | | | |
| Shaknaitis, Linda | (unaffected) | $ 8,125.74 | | | | | | | | | | |
| Barrett, Patricia | | | $ 90.90 | | | | | | | | | |
| DeMoya, Kathleen A. | | | $ 58.44 | | | | | | | | | |
| Fecteau, Linda | | | $ 1,234.21 | | | | | | | | | |
| Gourd, Sally | | | $ 638.20 | | | | | | | | | |
| Banks, Dorothy | | | | $ 7,340.14 | | | | | | | | |
| Carter, Daniel M. (loans) | | | | $ 45,404.76 | | | | | | | | |
| Kopsak, Joseph | | | | $ 41,990.55 | | | | | | | | |
| Levine, Hannah | | | | $ 30,000.00 | | | | | | | | |
| Levine, Randee (QDRO) | | | | $ 235,746.81 | | | | | | | | |
| Sanborn, Barbara | | | | $ 4,000.00 | | | | | | | | |
| Beninato, Arlene | | | | | $ 186.35 | | | | | | | |
| Carter, Daniel M. (loans) | | | | | $ 181,354.30 | | | | | | | |
| Curtin, Patti Ann | | | | | $ 16,565.48 | | | | | | | |
| Eccleston, Judith (loan) | | | | | $ 3,710.88 | | | | | | | |
| Edgecomb, Deborah | | | | | $ 139.34 | | | | | | | |
| Levine, Gerald (loan) | | | | | $ 28,586.35 | | | | | | | |
| Levine, Hannah | | | | | $ 40,000.00 | | | | | | | |
| Levine, Herbert | | | | | $ 648,768.24 | | | | | | | |
| Dukette, Joann | | | | | | $ 10,299.38 | | | | | | |
| Levine, Hannah | | | | | | $ 30,000.00 | | | | | | |
| Levine, Michael | | | | | | $ 704,057.55 | | | | | | |
| Bellos, Thomas | | | | | | | $ 727.62 | | | | | |
| Elam, Wendy | | | | | | | $ 828.69 | | | | | |

Levine PS Plan Summary

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levine, Andrew | | | | | | | $ 9,285.79 | | | | 14266.34 | |
| Levine, Hannah (Karen) | | | | | | | $ 196,195.86 | | | | 57.21 | |
| Lund, Cindy | | | | | | | $ 1,010.14 | | | | 1251.81 | |
| Mariano, Barbara | | | | | | | $ 9,804.28 | | | | 332.92 | |
| Rapuano, Sharon | | | | | | | $ 32,311.68 | | | | 7661.04 | |
| Rudolph, Karen | | | | | | | $ 260.14 | | | | 101.33 | |
| Spouse, Linda | | | | | | | $ 1,388.50 | | | | 735.62 | |
| Startz, Carol | | | | | | | $ 623.00 | | | | 649.13 | |
| Godomsky, Bette | | | | | | | | $ 85,164.00 | | | | |
| Paulhus, Bonnie | | | | | | | | $ 916.03 | | | | |
| Sanborn, Barbara | | | | | | | | $ 2,610.39 | | | | |
| St. George, Mary | | | | | | | | $ 9,553.54 | | | | |
| Sylvester, Brad | | | | | | | | $ 4,968.52 | | | | |
| Calabria, Celeste C. (loan) | | | | | | | | | | | | |
| Coco, Kenneth | | | | | | | | | | | | |
| Corrado, Josephine | | | | | | | | | | | | |
| Eukel, Cathy M. | | | | | | | | | | | | |
| Ferland, Lucia (loan) | | | | | | | | | | | | |
| Sanchez, Linda | | | | | | | | | | | | |
| Ververis, Nick | | | | | | | | | | | | |
| Wells, Kathy | | | | | | | | | | | | |