# EXHIBIT 9

PERIOD 2/10/83 TO 2/18/83

| EMPLOYEE | | HOURS WORKED | TOTAL REG. | TOTAL OVER. | REG. RATE | BASIS | EARNINGS REGULAR | EARNINGS OVERTIME | EARNINGS TOTAL | DEDUCTIONS SS | DEDUCTIONS WH | TOTAL DEDUCTIONS | AMOUNT OF CHECK | CHECK NO. | DISTRIBUTION ACCT. | AMOUNT | ACCT. | AMOUNT | ACCT. | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sharon Pearce | REG. / OVER. | 2/10/83 | | | | | | | 185 – | 12.40 | 24.50 | | 148 10 | 981 | | | | | | |
| M.A. McDermott | REG. / OVER. | | | | | | | | 350 – | 23.45 | 59.10 | | 267 45 | 982 | | | | | | |
| Lucia Ferland | REG. / OVER. | | | | | | | | 425 – | 28.48 | 80.10 | | 316 42 | 983 | | | | | | |
| Bette Godomsky | REG. / OVER. | | | | | | | | 450 – | 30.15 | 89.20 | | 330 65 | 984 | | | | | | |
| Pattie Ann DeBiasi | REG. / OVER. | | | | | | | | 259 62 | 17.39 | 34.60 | | 207 63 | 985 | | | | | | |
| Jo Ann Duckett | REG. / OVER. | | | | | | | | 185 – | 12.40 | 19.40 | | 153 20 | 986 | | | | | | |
| Mary Lou Mish | REG. / OVER. | | | | | | | | 254 – | 17.02 | 39.00 | | 197 98 | 987 | | | | | | |
| Len Morganson | REG. / OVER. | | | | | | | | 538 46 | 36.08 | 95.90 | | 406 48 | 988 | | | | | | |
| Barry Levine | REG. / OVER. | | | | | | | | 1400 – | 93.80 | 387.40 | | 918 80 | 989 | | | | | | |
| Dan Carter | REG. / OVER. | | | | | | | | 1400 – | 120.60 | 528.30 | | 1151 10 | 990 | | | | | | |
| Michael Levin | REG. / OVER. | | | | | | | | 2500 – | 169.50 | 799.44 | | 1538 10 | 991 | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| Sharon Pearce | REG. / OVER. | 2/18/83 | | | | | | | 185 – | 12.40 | 25.50 | | 148 10 | 992 | | | | | | |
| M.A. McDermott | REG. / OVER. | | | | | | | | 350 – | 23.45 | 59.16 | | 267 45 | 993 | | | | | | |
| Lucia Ferland | REG. / OVER. | | | | | | | | 425 – | 28.48 | 80.10 | | 316 42 | 994 | | | | | | |
| Bette Godomsky | REG. / OVER. | | | | | | | | 450 – | 30.15 | 89.20 | | 330 65 | 995 | | | | | | |
| Pattie Ann DeBiase | REG. / OVER. | | | | | | | | 259 62 | 17.39 | 34.66 | | 207 63 | 996 | | | | | | |
| Jo Ann Duckett | REG. / OVER. | | | | | | | | 185 – | 12.40 | 19.48 | | 153 20 | 997 | | | | | | |
| Mary Lou Mish | REG. / OVER. | | | | | | | | 254 – | 17.02 | 39.06 | | 197 98 | 998 | | | | | | |
| Len Morganson | REG. / OVER. | | | | | | | | 583 46 | 36.08 | 95.90 | | 406 48 | 999 | | | | | | |
| Barry Levine | REG. / OVER. | | | | | | | | 1400 – | 93.80 | 387.40 | | 918 80 | 1000 | | | | | | |
| Dan Carter | REG. / OVER. | | | | | | | | 1800 | 120.16 | 528.5 | | 1151 10 | 1001 | | | | | | |
| Michael Levin | REG. / OVER. | | | | | | | | 2500 – | 167.50 | 794.44 | | 1538 10 | 1002 | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| Barry Levine | REG. / OVER. | 2/18/82 | | | | | | | 2000 – | 136 | 600 | | 1264 – | 1003 | | | | | | |
| Michael Levin | REG. / OVER. | | | | | | | | 2000 – | 136 | 1000 | | 864 – | 1004 | | | | | | |
| Dan Carter | REG. / OVER. | | | | | | | | 2000 – | 136 | 800 | | 1064 – | 1005 | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. / OVER. | | | | | | | | | | | | | | | | | | | |

5,635.91

5,635.91

3,192

CONFIDENTIAL

DELUXE CHECK PRINTERS MASTER PAYROLL SHEET

PERIOD ______ TO ______

| EMPLOYEE | HOURS WORKED | REG. RATE | BASIS | EARNINGS REGULAR | EARNINGS OVERTIME | EARNINGS TOTAL | | SS | Colt | TOTAL DEDUCTIONS | AMOUNT OF CHECK | CHECK NO. | DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ken Morganson | 6/4/83 (?) | | | | | 538.46 | y | 36.08 | 95.90 | | 406.48 | 1172 | |
| Sharon Pierce | | | | | | 185 | y | 12.40 | 24.50 | | 148.10 | 1173 | |
| M.A. McDermott | | | | | | 350 | y | 23.45 | 59.10 | | 267.45 | 1174 | |
| Lucia Ferland | | | | | | 425 | y | 28.48 | 80.10 | | 316.42 | 1175 | |
| Betti Godomsky | | | | | | 450 | y | 30.15 | 89.20 | | 330.65 | 1176 | |
| Patti Ann DeBiase | | | | | | 259.62 | y | 17.39 | 34.60 | | 207.63 | 1177 | |
| Michiel Levine | | | | | | 2500 | y | | 794.40 | | 1705.60 | 1178 | |
| Barry Levine | | | | | | 1400 | y | 93.80 | 387.40 | | 918.80 | 1179 | |
| Jo Ann Rohette | | | | | | 160 | y | 10.72 | 16.20 | | 133.08 | 1180 | |
| Elizabeth Ann Rebman | | | | | | 187.50 | | 12.56 | 17.80 | | 157.14 | 1181 | |
| Ken Morganson | 6/11/83 (?) | | | | | 538.46 | y | 36.08 | 95.90 | | 406.48 | 1182 | |
| Sharon Pierce | | | | | | 185 | y | 12.40 | 24.50 | | 148.10 | 1183 | |
| M.A. McDermott | | | | | | 350 | y | 23.45 | 59.10 | | 267.45 | 1184 | |
| Lucia Ferland | | | | | | 425 | y | 28.48 | 80.10 | | 316.42 | 1185 | |
| Betti Godomsky | | | | | | 450 | y | 30.15 | 89.20 | | 330.65 | 1186 | |
| Patti Ann DeBiase | | | | | | 259.62 | y | 17.39 | 34.60 | | 207.63 | 1187 | |
| Michiel Levine | | | | | | 2500 | y | | 794.40 | | 1705.60 | 1188 | |
| Barry Levine | | | | | | 1400 | y | 93.80 | 387.40 | | 918.80 | 1189 | |
| Jo Ann Rohette | | | | | | 200 | y | 13.90 | 22.10 | | 164.[illegible] | 1190 | |
| Elizabeth Ann Rebman | | | | | | 187.50 | y | 12.56 | 17.80 | | 157.14 | 1191 | |
| Dan Calder | | | | | | 1800 | y | | 528.30 | | 1271.70 | 1192 | |
| Ken Morganson | 6/25/83 (?) | | | | | 538.46 | y | 36.08 | 95.90 | | 406.48 | 1193 | |
| Sharon Pierce | | | | | | 185 | y | 12.40 | 24.50 | | 148.10 | 1194 | |
| M.A. McDermott | | | | | | 350 | y | 23.46 | 59.10 | | 267.45 | 1195 | |
| Lucia Ferland | | | | | | 425 | y | 28.48 | 80.10 | | 316.42 | 1196 | |
| Betti Godomsky | | | | | | 450 | y | 30.15 | 89.20 | | 330.65 | 1197 | |
| Patti Ann DeBiase | | | | | | 259.62 | y | 17.39 | 34.60 | | 207.63 | 1198 | |
| Michiel Levine | | | | | | 2500 | y | — | 794.40 | | 1705.60 | 1199 | |
| Barry Levine | | | | | | 1400 | y | 4.70 | 387.40 | | 1007.90 | 1200 | |
| Jo Ann Rohette | | | | | | 200 | y | 13.90 | 22.10 | | 164 | 1201 | |
| Elizabeth Ann Rebman | | | | | | 187.50 | y | 12.56 | 17.80 | | 157.14 | 1202 | |
| Dan Calder | | | | | | 1800 | y | — | 528.30 | | 1271.70 | 1203 | |
| Barry Levine | | | | | | 5000 | | — | | | 5000 | 1204 | |

Handwritten annotations: 1599.20; 14,591.35; 6,893.97; 10,983.01

CONFIDENTIAL

PERIOD ______ TO ______

Void 1322 1329 1333

| EMPLOYEE | HOURS WORKED | EARNINGS TOTAL | | S.S. | W/H | AMOUNT OF CHECK | CHECK NO. |
|---|---|---|---|---|---|---|---|
| Len Morganson | | 538.46 | y ✓ | 36.08 | 86.90 | 415.48 | 1313 |
| Sharon Pierce | | 185.– | y ✓ | 12.40 | 22.20 | 150.40 | 1314 |
| M.A. McDermott | | 350.– | y ✓ | 23.45 | 54.40 | 272.15 | 1315 |
| Lucia Ferland | | 425.– | y ✓ | 28.48 | 71.90 | 324.62 | 1316 |
| Patti Ann DeBiasi | | 259.62 | y ✓ | 17.39 | 31.90 | 210.33 | 1317 |
| Jo Ann Dubiletti | 9/1/83 | 200.– | ✓ | 13.40 | 20.10 | 166.50 | 1318 |
| Barry Levin | | 1400.– | y ✓ | | 365.80 | 1,034.20 | 1319 |
| Michele Levin | | 2500.– | ✓ | | 772.80 | 1727.20 | 1320 |
| Dan Carter | | 1800.– | ✓ | | 506.70 | 1293.30 | 1321 |
| Dianne Allyn | | 200.– | y ✓ | 13.40 | 19.40 | 167.20 | 1323 |
| Len Morganson | | 538.46 | y ✓ | 36.08 | 86.90 | 415.48 | 1324 |
| Sharon Pierce | | 185.– | y ✓ | 12.40 | 22.20 | 150.40 | 1325 |
| M.A. McDermott | | 350.– | y ✓ | 23.45 | 54.40 | 272.15 | 1326 |
| Lucia Ferland | | 425 | ✓ | 28.48 | 71.90 | 324.62 | 1327 |
| Patti Ann DeBiasi | 9/8/83 | 259.62 | y ✓ | 17.39 | 31.90 | 210.33 | 1328 |
| Jo Ann Dubiletti | | 160 | y ✓ | 10.72 | 14.30 | 134.98 | 1330 |
| Barry Levin | | 1400.– | y | | 365.80 | 1034.20 | 1331 |
| Betti Gorlonsky | | 450.– | y ✓ | 30.15 | 80.10 | 339.75 | 1332 |
| Michele Levin | | 2500.– | y | | 772.80 | 1727.20 | 1334 |
| Dan Carter | | 1800.– | y | | 506.70 | 1293.30 | 1335 |
| Dianne Allyn | | 200.– | y | 13.40 | 19.40 | 167.20 | 1336 |
| Len Morganson | | 538.46 | y ✓ | 36.08 | 86.90 | 415.48 | 1337 |
| Sharon Pierce | | 185.– | y ✓ | 12.40 | 22.20 | 150.40 | 1338 |
| M.A. McDermott | | 350.– | y ✓ | 23.45 | 54.40 | 272.15 | 1339 |
| Lucia Ferland | | 425 | y ✓ | 28.48 | 71.90 | 324.62 | 1340 |
| Lucia Ferland | | 425 | y ✓ | 28.48 | 71.90 | 324.62 | 1341 |
| Patti Ann DeBiasi | 9/15/83 | 259.62 | y ✓ | 17.39 | 31.90 | 210.33 | 1342 |
| Jo Ann Dubiletti | | 200.– | ✓ | 13.40 | 20.10 | 166.50 | 1343 |
| Barry Levin | | 1400.– | y | | 365.80 | 1034.80 | 1344 |
| Betti Gorlonsky | | 450.– | y ✓ | 30.15 | 80.10 | 339.75 | 1345 |
| Michele Levin | | 2500.– | y | | 772.80 | 1727.20 | 1346 |
| Dan Carter | | 1800 | y | | 506.70 | 1293.30 | 1347 |
| Dianne Allyn | | 200 | y | 13.40 | 14.40 | 167.20 | 1348 |
| Barry Levin | | 10300 | y | | | 10300.00 | 1349 |
| Dan Carter | | 5000 | y | | 1500 | 3500 | 1350 |
| Michael Levin | | 15,000 | y | | | 15,000 | 1351 |

Handwritten totals: 15,761.38 (first period); 6,069.61 (second period); #35,125.75 (third period). Margin notes in earnings/deductions columns: 7,883.08 [illegible]; 1,414.60 [illegible]; 1,002.10 [illegible]; 38,933.08 [illegible]; 2,083.83 [illegible]; 3,804.10 [illegible].

CONFIDENTIAL

PERIOD

______ TO ______

| EMPLOYEE | | HOURS WORKED | TOTAL REG. | TOTAL OVER. | REG. RATE | BASIS | EARNINGS REGULAR | EARNINGS OVERTIME | EARNINGS TOTAL | DEDUCTIONS SS | DEDUCTIONS W.H. | TOTAL DEDUCTIONS | AMOUNT OF CHECK | CHECK NO. | DISTRIBUTION ACCT. | AMOUNT | ACCT. | AMOUNT | ACCT. | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Levine | REG. | 10/27/83 | | | | | | 6379.60 | 2283.3 | 3189.84 | 1146.50 | 3189.84 | 1146.50 | 1417 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Daniel Carter | REG. | | | | | | | | 2196.6 | | 1098.3 | | 1098.3 | 1418 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Barry Levine | REG. | | | | | | | | 1960.0 | | 950.0 | | 950.0 | 1419 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Len Morganson | REG. | 11/3/83 | | | | | | | 538.46 | 36.08 | 86.90 | | 415.48 | 1420 | ✓ | 6/10/13 | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Sharon Pierce | REG. | | | | | | | | 185 | 12.40 | 22.20 | | 150.40 | 1421 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| M.A. McDermott | REG. | | | | | | | | 350 | 23.45 | 54.40 | | 272.15 | 1422 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Pattie Ann DeBiasi | REG. | | | | | | | | 259.62 | 17.39 | 31.90 | | 210.33 | 1423 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Jo Ann Duketti | REG. | | | | | | | | 200 | 13.40 | 20.10 | | 166.50 | 1424 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Barry Levine | REG. | | | | | | | | 1400 | | 365.80 | | 1034.20 | 1425 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Bettie Godonsky | REG. | | | | | | | | 450 | 30.15 | 80.10 | | 339.75 | 1426 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Michael Levine | REG. | | | | | | | | 2500 | | 772.80 | | 1727.20 | 1427 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Dan Carter | REG. | | | | | | | | 1800 | | 506.70 | | 1293.30 | 1428 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Dianne Allyn | REG. | | | | | | | | 200 | 13.40 | 19.40 | | 167.20 | 1429 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Lucia Ferland | REG. | | | | | | | | 425 | 28.48 | 71.90 | | 324.62 | 1430 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Len Morganson | REG. | 11/10/83 | | | | | | | 538.46 | 36.08 | 86.90 | | 415.48 | 1431 | ✓ | 6/10/13 | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Sharon Pierce | REG. | | | | | | | | 185 | 12.40 | 22.20 | | 150.40 | 1432 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| M.A. McDermott | REG. | | | | | | | | 350 | 23.45 | 54.40 | | 272.15 | 1433 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Pattie Ann DeBiasi | REG. | | | | | | | | 259.62 | 17.39 | 31.90 | | 210.33 | 1434 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Jo Ann Duketti | REG. | | | | | | | | 200 | 13.40 | 20.10 | | 166.50 | 1435 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Barry Levine | REG. | | | | | | | | 1400 | | 365.30 | | 1034.20 | 1436 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Bettie Godonsky | REG. | | | | | | | | 450 | 30.15 | 80.10 | | 334.75 | 1437 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Michael Levine | REG. | | | | | | | | 2500 | | 772.80 | | 1727.20 | 1438 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Dan Carter | REG. | | | | | | | | 1800 | | 506.70 | | 1293.30 | 1439 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Dianne Allyn | REG. | | | | | | | | 200 | 13.40 | 19.40 | | 167.20 | 1440 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| Lucia Ferland | REG. | | | | | | | | 425 | 28.48 | 71.90 | | 324.62 | 1441 | ✓ | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |
| | REG. | | | | | | | | | | | | | | | | | | | |
| | OVER. | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL

DELUXE CHECK PRINTERS MASTER PAYROLL SHEET

009012

PERIOD ______ TO ______

| EMPLOYEE | HOURS WORKED | TOTAL REG. | TOTAL OVER. | REG. RATE | BASIS | EARNINGS REGULAR | EARNINGS OVERTIME | EARNINGS TOTAL | DEDUCTIONS SS | DEDUCTIONS WH | TOTAL DEDUCTIONS | AMOUNT OF CHECK | CHECK NO. | DISTRIBUTION ACCT. | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Len Morgan | REG. / OVER. | | | | | | | 538 46 | 36 08 | 86 90 | | 415 48 | 1492 | ✓ | |
| Sharon Pierce | REG. / OVER. | | | | | | | 185 | 12 40 | 22 20 | | 150 40 | 1493 | ✓ | |
| M.A. McDermott | REG. / OVER. | | | | | | | 350 | 23 45 | 84 40 | | 242 15 | 1494 | ✓ | |
| Patti Ann DeBiase | REG. / OVER. | | | | | | | 259 62 | 17 39 | 31 90 | | 210 33 | 1495 | ✓ | |
| Jo Ann Dipietto | REG. / OVER. | | | | | | | 200 | 13 40 | 20 10 | | 166 50 | 1496 | ✓ | |
| Barry Levine | REG. / OVER. | | | | | | | 1400 | | 365 80 | | 1034 20 | 1497 | ✓ | |
| Bette Gofarsky | REG. / OVER. | | | | | | | 450 | 30 16 | 80 10 | | 339 75 | 1498 | ✓ | |
| Michael Levine | REG. / OVER. | | | | | | | 2500 | | 1228 | | 1272 20 | 1449 | ✓ | |
| Dan Carter | REG. / OVER. | | | | | | | 1800 | | 506 80 | | 1293 20 | 1450 | ✓ | |
| Dianne Allyn | REG. / OVER. | | | | | | | 200 | 13 40 | 19 40 | | 167 20 | 1451 | ✓ | |
| Lucia Fertel | REG. / OVER. | | | | | | | 165 | 9 34 | 31 60 | | 124 62 | 1452 | ✓ | |
| Len Morgan | REG. / OVER. | | | | | | | 538 46 | 36 08 | 86 90 | | 415 48 | 1453 | ✓ | |
| Sharon Pierce | REG. / OVER. | | | | | | | 185 | 12 40 | 22 20 | | 150 40 | 1454 | ✓ | |
| M.A. McDermott | REG. / OVER. | | | | | | | 350 | 23 45 | 84 40 | | 242 16 | 1455 | ✓ | |
| Patti Ann DeBiase | REG. / OVER. | | | | | | | 259 62 | 17 39 | 31 90 | | 210 33 | 1456 | ✓ | |
| Jo Ann Dipietto | REG. / OVER. | | | | | | | 200 | 13 40 | 20 10 | | 166 50 | 1457 | ✓ | |
| Barry Levine | REG. / OVER. | | | | | | | 1400 | | 365 80 | | 1034 20 | 1458 | ✓ | |
| Bette Gofarsky | REG. / OVER. | | | | | | | 450 | 30 15 | 80 10 | | 339 75 | 1459 | ✓ | |
| Michael Levine | REG. / OVER. | | | | | | | 2500 | | 1228 | | 1272 20 | 1460 | ✓ | |
| Dan Carter | REG. / OVER. | | | | | | | 1800 | | 506 70 | | 1293 30 | 1461 | ✓ | |
| Dianne Allyn | REG. / OVER. | | | | | | | 200 | 13 40 | 19 40 | | 167 20 | 1462 | ✓ | |
| Lucia Fertel | REG. / OVER. | | | | | | | 165 | 9 34 | 31 40 | | 124 62 | 1463 | ✓ | |
| Celeste Calabrese | REG. / OVER. | | | | | | | 464 84 | 30 98 | 83 10 | | 347 52 | 1464 | ✓ | |
| Michael Levine | REG. / OVER. | | | | | | | 2083 | | 1142 30 | | 1171 6 | 1465 | ✓ | |
| Dan Carter | REG. / OVER. | | | | | | | 2446 | | 1640 | | 1083 | 1466 | ✓ | |
| Barry Levine | REG. / OVER. | | | | | | | 1900 | | 950 | | 950 | 1467 | ✓ | |

6191 13

6448 60

CONFIDENTIAL

DELUXE CHECK PRINTERS MASTER PAYROLL SHEET

009013

PERIOD
TO

Void 1502 1518 1519

| EMPLOYEE | EARNINGS TOTAL | | SS | WH | AMOUNT OF CHECK | CHECK NO. | ACCT. |
|---|---|---|---|---|---|---|---|
| Len Morganson | 538 46 | N | 36.08 | 86.90 | 415 48 | 1494 | ✓ |
| Sharon Pierce | 185 — | M | 12.40 | 22.20 | 150 40 | 1495 | ✓ |
| M.A. McDermott | 350 — | Y | 93.45 | 54.40 | 222 15 | 1496 | ✓ |
| Patti Ann DeBiase | 259 62 | Y | 17.39 | 31.90 | 210 33 | 1497 | ✓ |
| Jo Ann Deipetti | 200 — | Y | 13.40 | 20.10 | 166 50 | 1498 | ✓ |
| Barry Levine | 1400 — | Y | | 365.80 | 1034 20 | 1499 | ✓ |
| Beth Yodansky | 450 — | Y | 30.15 | 90.10 | 329 25 | 1500 | ✓ |
| Michael Levine | 2500 — | Y | | 722.80 | 1772 20 | 1501 | ✓ |
| Dan Carter | 1800 — | Y | | 501.70 | 1293 30 | 1503 | ✓ |
| Dianne Allyn | 200 — | Y | 13.40 | 19.40 | 167 20 | 1504 | ✓ |
| Lucia Leiland | 405 — | Y | 27.14 | 71.90 | 324 62 | 1505 | ✓ |
| Celeste Calabrese | 444 54 | Y | 30.02 | 83.10 | 340 52 | 1506 | ✓ |
| Sharon Pierce | 185 — | Y | 12.40 | 22.20 | 150 40 | 1507 | ✓ |
| Betty Yodansky | 1000 — | Y | 67.00 | 271.70 | 661 30 | 1508 | ✓ |
| M.A. McDermott | 1000 — | Y | 67.00 | 271.70 | 661 30 | 1509 | ✓ |
| Lucia Leiland | 1000 — | Y | 67.00 | | 933 — | 1510 | ✓ |
| Patti Ann DeBiase | 259 62 | Y | 17.39 | 31.90 | 210 33 | 1511 | ✓ |
| Jo Ann Deipetti | 200 — | Y | 13.40 | 20.10 | 166 50 | 1512 | ✓ |
| Diane Allyn | 50 — | Y | 3.35 | | 46 65 | 1513 | ✓ |
| Len Morganson | 500 — | Y | 33.50 | 79.40 | 387 10 | 1514 | ✓ |
| Mary Ann McDermott | 280 — | Y | 18.76 | 43.60 | 217 64 | 1515 | ✓ |
| Lucia Leiland | 255 — | Y | 17.09 | — | 237 91 | 1516 | ✓ |
| ~~Beth Yodansky~~ | | | | | | | |
| ~~Dan Carter~~ | ~~[illegible]~~ | | | ~~[illegible]~~ | ~~[illegible]~~ | | |
| Beth Yodansky | 337.50 | Y | 22.61 | 49.40 | 265 49 | 1517 | ✓ |
| Dan Carter | 2,707 | Y | | 1353.50 | 1353 50 | 1520 | ✓ |
| Michael Levine | 24,897 | Y | | 12,448.50 | 12,448 50 | 1521 | ✓ |
| Barry Levine | 19,000 | Y | | 9,500 | 9,500 — | 1522 | ✓ |

CONFIDENTIAL

DELUXE CHECK PRINTERS — MASTER PAYROLL SHEET

009015

7 PERIOD ____ TO ____ void 1526

| EMPLOYEE | HOURS WORKED | EARNINGS TOTAL | | SS | WH | AMOUNT OF CHECK | CHECK NO. | ACCT. | DISTRIBUTION AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Len Morganson | | 538.46 | y | 36.08 | 86.90 | 415.48 | 1523 | ✓ | |
| Sharon Pierce | | 185 | y | 12.40 | 22.20 | 150.40 | 1524 | ✓ | |
| M.A. McDermott | | 350 | y | 23.45 | 54.40 | 272.15 | 1525 | ✓ | |
| Patti Ann DeBiase | | 259.62 | y | 17.39 | 31.90 | 210.33 | 1527 | ✓ | |
| Jo Ann Dipietto | | 200 | y | 13.40 | 20.10 | 166.50 | 1528 | ✓ | |
| Barry Levine | 12/22/83 | 1400 | y | | 365.80 | 1034.20 | 1529 | ✓ | 6,448.65 |
| Bette Dobrosky | | 450 | y | 30.15 | 80.10 | 339.75 | 1530 | ✓ | |
| Michael Levine | | 2500 | y | | 772.80 | 1727.20 | 1531 | ✓ | |
| Dan Carter | | 1800 | y | | 506.70 | 1293.30 | 1532 | ✓ | |
| Dianne Allyn | | 200 | y | 13.40 | 19.40 | 167.20 | 1533 | ✓ | |
| Teresa Ferland | | 425 | y | 28.48 | 71.90 | 324.62 | 1534 | ✓ | |
| Celeste Calabria | | 461.54 | y | 30.92 | 83.10 | 347.52 | 1535 | ✓ | |
| Len Morganson | | 538.46 | y | 36.08 | 86.90 | 415.98 | 1536 | ✓ | |
| Sharon Pierce | | 185 | y | 12.40 | 22.20 | 150.40 | 1537 | ✓ | |
| M.A. McDermott | | 350 | y | 23.45 | 54.40 | 272.15 | 1538 | ✓ | |
| Patti Ann DeBiase | | 259.62 | y | 17.39 | 31.90 | 210.33 | 1539 | ✓ | |
| Jo Ann Dipietto | 12/29/83 | 200 | y | 13.40 | 20.10 | 166.50 | 1540 | ✓ | 6,448.65 |
| Barry Levine | | 1400 | y | | 365.80 | 1034.20 | 1541 | ✓ | |
| Bette Dobrosky | | 450 | y | 30.15 | 80.10 | 339.75 | 1542 | ✓ | |
| Michael Levine | | 2500 | y | | 772.10 | 1727.20 | 1543 | ✓ | |
| Dan Carter | | 1800 | y | | 506.70 | 1293.30 | 1544 | ✓ | |
| Dianne Allyn | | 200 | y | 13.40 | 19.40 | 167.20 | 1545 | ✓ | |
| Teresa Ferland | | 425 | y | 28.48 | 71.90 | 324.62 | 1546 | ✓ | |
| Celeste Calabria | | 461.54 | y | 30.92 | 83.10 | 347.52 | 1547 | ✓ | |
| Barry Levine | Pension Money 12/28/83 | 3480 | | | [illegible] | 1740 | 1548 | ✓ | 1,740.00 |

Margin notations: 8,789.48 (earnings, 12/22/83); 2,083.64; 2,146.30; 8,789.48 (earnings, 12/29/83); 2,025.62; 2,145.30

CONFIDENTIAL

DELUXE CHECK PRINTERS — MASTER PAYROLL SHEET

009016