# EXHIBIT 12

Law Offices

# Moukawsher & Walsh, L.L.C.

Joseph E. Moukawsher
Michael J. Walsh*
Thomas G. Moukawsher

Jeffrey M. Sklarz

*Also admitted in New York

328 Mitchell Street
P.O. Box 966
Groton, Connecticut 06340
(860) 445-1809

Fax (860) 446-8161

Capitol Place
21 Oak Street
Hartford, CT 06106
(860) 549-8440
Fax (860) 549-8443

Reply To:

**Groton**

June 3, 2002

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Walter R. Griffin, Esq.
Griffin & Griffin, P.C.
Agent for Service of Process
Webster Insurance, Inc.
145 Bank Street
Waterbury, CT 06702

RE: Claim of Barry Levine

Dear Mr. Griffin:

This office represents Barry Levine of Waterford, Connecticut with respect to his claims for failure to pay benefits due and breach of fiduciary duty regarding the Louis Levine Agency, Inc. Profit Sharing Plan & Trust ("the Profit Sharing Plan") and the Levine Companies Salary Savings Plan ("the 401k")(or collectively "the Levine Plans"). This letter is being written to Webster Insurance, Inc. as successor in interest to the Louis Levine Agency, Inc. and the administrators and fiduciaries of the Levine Plans.

Levine was employed by the Levine Agency from April 1, 1975 to December 31, 1999. During that time he was a participant in the Profit Sharing Plan and became the victim of fraudulent conduct by the Plan administrators with respect to contributions required to be made to his account under the terms of the Plan. Specifically, between 1982 and 1992, Plan administrators failed to make contributions to Levine's Profit Sharing Plan account required under the terms of the Plan. To convince Levine this was acceptable and correct, Plan administrators led Levine to believe that he and all other similarly situated Agency owners were being asked to "waive off" required contributions, and that all other similarly situated Plan participants both agreed to the "waive off" and were not having contributions made to their accounts. In February of 2002 Levine learned that these representations were false and that in fact he was the only person not receiving the required contributions. The lack of these contributions caused Levine to lose approximately $230,000.00 in contributions to his Profit

## Moukawsher & Walsh, L.L.C.

Walter R. Griffin, Esq.
June 3, 2002
PAGE TWO

Sharing Plan account together with the earnings that would have accrued thereon to date, as is clearly indicated by a Plan record he obtained for the first time recently. (Exhibit "A").

Second, when in approximately August of 1996, the 401k Plan was established, Plan administrators also misrepresented to Levine that he was ineligible to participate in the 401k Plan. Because of Levine's status as an employee, Levine was, in fact, eligible to participate. This further misrepresentation deprived Levine of the opportunity to make roughly three years of tax deferred contributions to the 401k Plan and lost him the matching amounts that would have had to be paid to his 401k account under the terms of the Plan.

Demand for Administrative Relief: The conduct of the Levine Plans administrators and fiduciaries appears to have resulted in a failure to pay benefits due, subjecting your company to liability under the provisions of 29 U.S.C. §§ 1132(a)(1)(B) and 1133, (of the Employee Retirement Income Security Act of 1974 "ERISA"). The Plan administrators and fiduciaries' breaches of their fiduciary duties further make your company liable to Levine under the provisions of 29 U.S.C. §1104, rendering your company liable for civil enforcement action pursuant to 29 U.S.C. §1132(a)(3). Pursuant to ERISA, please accept this letter as Levine's claim for the following:

1. Immediate payment of all benefits that should have been made to Levine under the terms of the Levine Plans. See, ERISA § 502(a)(1)(B); 29 C.F.R. 2560.503-1(g)(i);

2. An equitable accounting and reconstruction of Levine's accounts under the Levine Plans as necessary to determine what benefits should have been paid to his accounts when;

3. A reasonable rate of return on all sums that should have been paid into Levine's accounts but were not, calculated from the date payments should have been made to the current time;

4. A copy of each summary plan description describing benefits under the Levine Plans. See, ERISA §102, 502 (c);

5. A copy of every document relied on by you in refusing to pay Levine's benefits. See, 29 C.F.R. 2560.503-1(g)(1)(ii);

6. A copy of every internal procedure for reviewing claims made pursuant to the Plan. See, 29 C.F.R. 2560.503-1(g)(1)(ii); and

# Moukawsher & Walsh, L.L.C.

Walter R. Griffin, Esq.
June 3, 2002
PAGE THREE

7. Identify the name, address, telephone number, and title, of each Plan agent, servant or employee (including retained experts) who assisted with this claim. See, 29 C.F.R. 2560.503-1(g)(1)(ii).

Under ERISA you should know that your company's failure to pay benefits due and its breach of its fiduciary duties makes it liable for the payment of those benefits, interest, costs and attorney's fees. Consequently, the sooner you act to provide the requested benefits, the less cost to your company.

Mr. Levine looks forward to your company's prompt response and speedy fulfillment of its obligations under the terms of the Plan and under ERISA.

Very truly yours,

Thomas G. Moukawsher

TGM:tba

Reallocation of Earnings

| Participant | Account Balance as of 12/31/89 | | Return on Colonial 1995-2000 | | Return on Tanglewood | | Total | | |
|---|---:|---|---:|---|---:|---|---:|---|---:|
| Carter, Daniel M. | $ 272,697.63 | 11.2733% | $ 7,918.13 | $ | 1,852.56 | $ | 9,770.68 | | |
| Levine, Andrew | $ 3,061.44 | 0.1266% | $ 88.89 | $ | 20.80 | $ | 109.69 | $ | 109.69 |
| Levine, Barry | $ 40,116.74 | 1.6584% | $ 1,164.84 | $ | 272.53 | $ | 1,437.37 | $ | 1,437.37 |
| Levine, Gerald | $ 265,786.80 | 10.9876% | $ 7,717.46 | $ | 1,805.61 | $ | 9,523.07 | | |
| Levine, Herbert B. | $ 616,435.10 | 25.4834% | $ 17,898.99 | $ | 4,187.72 | $ | 22,086.71 | $ | 22,086.71 |
| Levine, Michael T. | $ 616,435.10 | 25.4834% | $ 17,898.99 | $ | 4,187.72 | $ | 22,086.71 | $ | 22,086.71 |
| | | | | | | | | | |
| Ahern, Sherrie | $ 172.12 | 0.0071% | $ 5.00 | $ | 1.17 | $ | 6.17 | | |
| Banker, Dorothy | $ 7,411.50 | 0.3064% | $ 215.20 | $ | 50.35 | $ | 265.55 | $ | 265.55 |
| Barrett, Patricia A. | $ 249.85 | 0.0103% | $ 7.25 | $ | 1.70 | $ | 8.95 | $ | 8.95 |
| Beninato, Arlene | $ 295.10 | 0.0122% | $ 8.57 | $ | 2.00 | $ | 10.57 | $ | 10.57 |
| Bugbee, Heather | $ 15,797.22 | 0.6531% | $ 458.69 | $ | 107.32 | $ | 566.01 | | |
| Calabria, Celeste C. | $ 24,111.47 | 0.9968% | $ 700.11 | $ | 163.80 | $ | 863.91 | | |
| Curtin, Patti Ann | $ 15,739.90 | 0.6507% | $ 457.03 | $ | 106.93 | $ | 563.96 | $ | 563.96 |
| Dukette, Joann | $ 9,066.48 | 0.3748% | $ 263.26 | $ | 61.59 | $ | 324.85 | $ | 324.85 |
| DeMoya, Kathleen Ann | $ 321.27 | 0.0133% | $ 9.33 | $ | 2.18 | $ | 11.51 | $ | 11.51 |
| Eccleston, Judith | $ 7,633.39 | 0.3156% | $ 221.65 | $ | 51.86 | $ | 273.50 | | |
| Edgecomb, Deborah | $ 220.66 | 0.0091% | $ 6.41 | $ | 1.50 | $ | 7.91 | $ | 7.91 |
| Elam, Wendy S. | $ 166.92 | 0.0069% | $ 4.85 | $ | 1.13 | $ | 5.98 | $ | 5.98 |
| Fecteau, Linda | $ 2,261.55 | 0.0935% | $ 65.67 | $ | 15.36 | $ | 81.03 | $ | 81.03 |
| Ferland, Lucia | $ 31,414.59 | 1.2987% | $ 912.16 | $ | 213.41 | $ | 1,125.58 | $ | 1,125.58 |
| Gerrish, Lisa | $ 1,944.54 | 0.0804% | $ 56.46 | $ | 13.21 | $ | 69.67 | | |
| Godomsky, Bette | $ 63,335.09 | 2.6183% | $ 1,839.02 | $ | 430.26 | $ | 2,269.28 | $ | 2,269.28 |
| Gourd, Sally | $ 1,169.43 | 0.0483% | $ 33.96 | $ | 7.94 | $ | 41.90 | $ | 41.90 |
| Heill, Sharon | $ 26,279.35 | 1.0864% | $ 763.05 | $ | 178.53 | $ | 941.58 | $ | 941.58 |
| Kopsak, Joseph | $ 42,398.72 | 1.7528% | $ 1,231.10 | $ | 288.03 | $ | 1,519.13 | $ | 1,519.13 |
| Levine, Hannah | $ 259,768.87 | 10.7389% | $ 7,542.72 | $ | 1,764.73 | $ | 9,307.45 | $ | 9,307.45 |
| Lupoletti, Bonnie J. | $ 696.35 | 0.0288% | $ 20.22 | $ | 4.73 | $ | 24.95 | $ | 24.95 |
| Mariano, Barbara | $ 7,357.58 | 0.3042% | $ 213.64 | $ | 49.98 | $ | 263.62 | $ | 263.62 |
| Martone, Anthony | $ 12,309.00 | 0.5089% | $ 357.41 | $ | 83.62 | $ | 441.03 | | |
| McDermott, Mary Ann | $ 41,080.15 | 1.6983% | $ 1,192.82 | $ | 279.08 | $ | 1,471.89 | | |
| Paquette, Karen L. | $ 1,074.08 | 0.0444% | $ 31.19 | $ | 7.30 | $ | 38.48 | | |
| Pugliese, David | $ 18,200.98 | 0.7524% | $ 528.49 | $ | 123.65 | $ | 652.14 | | |
| Rudolph, Karen R. | $ 547.14 | 0.0226% | $ 15.89 | $ | 3.72 | $ | 19.60 | $ | 19.60 |
| Sanborn, Barbara | $ 4,661.52 | 0.1927% | $ 135.35 | $ | 31.67 | $ | 167.02 | $ | 167.02 |
| Sinagra, Robert D. | $ 546.70 | 0.0226% | $ 15.87 | $ | 3.71 | $ | 19.59 | | |
| Sprouse, Linda E. | $ 420.58 | 0.0174% | $ 12.21 | $ | 2.86 | $ | 15.07 | $ | 15.07 |
| St. George, Mary E. | $ 7,224.89 | 0.2987% | $ 209.78 | $ | 49.08 | $ | 258.87 | $ | 258.87 |
| Winkler, Lisa | $ 553.70 | 0.0229% | $ 16.08 | $ | 3.76 | $ | 19.84 | $ | - |
| | | | | | | | | | |
| | $ 2,418,963.50 | 100.0000% | $ 70,237.72 | $ | 16,433.10 | $ | 86,670.82 | $ | 62,954.84 |
| | | | $ 70,237.72 | $ | 16,433.10 | $ | 86,670.82 | | |

Levineps.xls

Levine PS Plan Summary

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Values:** | | | | | | | | | | | | |
| Bellevue | $ 282,108.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Colonial | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Granada | $ 81,000.00 | $ 10,000.00 | $ - | $ - | sold | | | | | | | |
| Public Storage | $ 75,000.00 | $ 32,409.00 | $ 30,881.00 | $ 38,475.00 | | | | | | | | |
| Tanglewood | | $ 30,000.00 | | | | | | | | | | |
| **Receipts:** | | | | | | | | | | | | |
| Bellevue | | $ 13,895.93 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Colonial | | | $ - | $ - | $ - | $ - | $ 6,730.76 | $ 7,273.61 | $ 29,496.81 | $ 562.50 | $ 25,390.70 | $ 783.34 |
| Granada | | $ 2,026.62 | $ 1,367.28 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Public Storage | | $ 250.00 | $ 250.00 | $ - | $ 250.00 | | | | | $ 16,133.10 | | |
| Tanglewood | | | | | | | | | | | | |
| **P/S Contributions** | | $ - | $ - | $ - | $ 64,269.74 | $ 16,719.53 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Distributions:** | | | | | | | | | | | | |
| Shaknaitis, Linda | (unaffected) | $ 8,125.74 | | | | | | | | | | |
| Barrett, Patricia | | | $ 90.90 | | | | | | | | | |
| DeMoya, Kathleen A. | | | $ 58.44 | | | | | | | | | |
| Fecteau, Linda | | | $ 1,234.21 | | | | | | | | | |
| Gourd, Sally | | | $ 638.20 | | | | | | | | | |
| Banks, Dorothy | | | | $ 7,340.14 | | | | | | | | |
| Carter, Daniel M. (loans) | | | | $ 45,404.76 | | | | | | | | |
| Kopsak, Joseph | | | | $ 41,990.55 | | | | | | | | |
| Levine, Hannah | | | | $ 30,000.00 | | | | | | | | |
| Levine, Randee (QDRO) | | | | $ 235,746.81 | | | | | | | | |
| Sanborn, Barbara | | | | $ 4,000.00 | | | | | | | | |
| Beninato, Arlene | | | | | $ 186.35 | | | | | | | |
| Carter, Daniel M. (loans) | | | | | $ 181,354.30 | | | | | | | |
| Curtin, Patti Ann | | | | | $ 16,565.48 | | | | | | | |
| Eccleston, Judith (loan) | | | | | $ 3,710.88 | | | | | | | |
| Edgecomb, Deborah | | | | | $ 139.34 | | | | | | | |
| Levine, Gerald (loan) | | | | | $ 28,586.35 | | | | | | | |
| Levine, Hannah | | | | | $ 40,000.00 | | | | | | | |
| Levine, Herbert | | | | | $ 648,768.24 | | | | | | | |
| Dukette, Joann | | | | | | $ 10,299.38 | | | | | | |
| Levine, Hannah | | | | | | $ 30,000.00 | | | | | | |
| Levine, Michael | | | | | | $ 704,057.55 | | | | | | |
| Bellos, Thomas | | | | | | | $ 727.62 | | | | | |
| Elam, Wendy | | | | | | | $ 828.69 | | | | | |

Levine PS Plan Summary

| Name | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levine, Andrew | | | | | | | $ 9,285.79 | | | | | |
| Levine, Hannah (Karen) | | | | | | | $ 196,195.86 | | | | | |
| Lund, Cindy | | | | | | | $ 1,010.14 | | | | | |
| Mariano, Barbara | | | | | | | $ 9,804.28 | | | | | |
| Rapuano, Sharon | | | | | | | $ 32,311.68 | | | | | |
| Rudolph, Karen | | | | | | | $ 260.14 | | | | | |
| Spouse, Linda | | | | | | | $ 1,388.60 | | | | | |
| Startz, Carol | | | | | | | $ 623.00 | | | | | |
| Godonisky, Bette | | | | | | | | $ 85,164.00 | | | | |
| Paulhus, Bonnie | | | | | | | | 916.03 | | | | |
| Sanborn, Barbara | | | | | | | | 2,610.39 | | | | |
| St. George, Mary | | | | | | | | 9,553.54 | | | | |
| Sylvester, Brad | | | | | | | | 4,968.52 | | | | |
| Calabria, Celeste C. (loan) | | | | | | | | | | | 14266.34 | |
| Coco, Kenneth | | | | | | | | | | | 57.21 | |
| Corrado, Josephine | | | | | | | | | | | 1251.81 | |
| Eukel, Cathy M. | | | | | | | | | | | 332.92 | |
| Ferland, Lucia (loan) | | | | | | | | | | | 7661.04 | |
| Sanchez, Linda | | | | | | | | | | | 101.33 | |
| Ververis, Nick | | | | | | | | | | | 735.62 | |
| Wells, Kathy | | | | | | | | | | | 649.13 | |