# EXHIBIT 15

```
SSOX                       CONCORD                    11/04/2004
               DISPLAY CORPORATION ADDRESS DETAIL      09:20:09

                         LLIA, INC.

BUSINESS ID: 0126983   ORGANIZATION MEETING DATE:   JAN 30 1982
PRINCIPAL    STREET:  914 HARTFORD TPKE
  PLACE OF
  BUSINESS
                 CITY: WATERFORD              STATE:   CT ZIP: 06385
             COUNTRY:
MAILING      STREET:  PO BOX 6003
 ADDRESS              914 HARTFORD TPKE

                 CITY: WATERFORD              STATE:   CT ZIP: 06385
             COUNTRY:


PF: 1-HELP   3-END   12-MENU
[ Enter ] [ Clear ]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[    Sign-off of the Concord system    ]
```