# EXHIBIT 16

```
SSOX                    CONCORD                      11/04/2004
            DISPLAY CORPORATION ADDRESS DETAIL        09:22:04

                     LOUIS LEVINE AGENCY INC.


BUSINESS ID: 0028480   ORGANIZATION MEETING DATE:    DEC 22 1969
PRINCIPAL    STREET:  914 HARTFORD TPKE
  PLACE OF
  BUSINESS
                CITY: WATERFORD                STATE:   CT ZIP: 06385
             COUNTRY:
MAILING      STREET:  P.O. BOX 6003
  ADDRESS

                CITY: WATERFORD                STATE:   CT ZIP: 06385
             COUNTRY:


PF: 1-HELP   3-END   12-MENU
 Enter   Clear


 PF1   PF2   PF3   PF4   PF5   PF6   PF7   PF8   PF12


   Sign-off of the Concord system
```