# EXHIBIT 17

```
SS0X                      CONCORD                        11/04/2004
               DISPLAY CORPORATION ADDRESS DETAIL          09:24:37

                    RETIREMENT PLANNING ASSOCIATES, INC.

BUSINESS ID: 0039308   ORGANIZATION MEETING DATE:    OCT 09 1967
PRINCIPAL    STREET: NONE
  PLACE OF
  BUSINESS
                  CITY:                              STATE:      ZIP:
               COUNTRY:
MAILING      STREET: P.O. BOX 6003
  ADDRESS            914 HARTFORD TURNPIKE

                  CITY: WATERFORD                    STATE:  CT ZIP: 06385
               COUNTRY:

PF: 1-HELP  3-END  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[ Sign-off of the Concord system ]