# EXHIBIT 18

```
SS18                      CONCORD                    11/03/2004
                      DISPLAY PRINCIPALS              14:25:21
                                                               1 OF
                        LLIA, INC.

        BUSINESS ID:  0126983
S=SELECT              OFFLINE PRINCIPALS:   N
     PRINCIPAL NAME    PRINCIPAL TITLE
     JOHN J. QUEIROLO                              PRESIDENT

     GERALD U. LEVINE                              VICE PRES.

     DANIEL M. CARTER                              TREASURER




    PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
```

[ Enter ] [ Clear ]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[ Sign-off of the Concord system ]

```
SSOX                     CONCORD                       11/04/2004
                 DISPLAY CORPORATION ADDRESS DETAIL        O

                         LLIA, INC.                                    B

 BUSINESS ID: 0126983   ORGANIZATION MEETING DATE:     JAN
 PRINCIPAL    STREET: 914 HARTFORD TPKE
  PLACE OF
  BUSINESS
                 CITY: WATERFORD                   STATE:    CT ZIP: 06385
              COUNTRY:
 MAILING      STREET: PO BOX 6003
  ADDRESS             914 HARTFORD TPKE

                 CITY: WATERFORD                   STATE:    CT ZIP: 06385
              COUNTRY:


 PF: 1-HELP  3-END  12-MENU
 [Enter] [Clear]

 [PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

 [    Sign-off of the Concord system    ]
```

```
SS0X                        CONCORD                    11/04/2004
              DISPLAY CORPORATION ADDRESS DETAIL         09:22:

                     LOUIS LEVINE AGENCY INC.

 BUSINESS ID: 0028480    ORGANIZATION MEETING DATE:    DEC 22 19
 PRINCIPAL    STREET:  914 HARTFORD TPKE
   PLACE OF
   BUSINESS
                    CITY: WATERFORD                 STATE:  CT ZIP: 06385
                 COUNTRY:
 MAILING     STREET:  P.O. BOX 6003
   ADDRESS

                    CITY: WATERFORD                 STATE:  CT ZIP: 06385
                 COUNTRY:


  PF:  1-HELP   3-END   12-MENU
  [ Enter ] [ Clear ]

  [PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

  [      Sign-off of the Concord system      ]
```

C

```
SSOX                    CONCORD                     11/04/2004        D
            DISPLAY CORPORATION ADDRESS DETAIL          09:24

                   RETIREMENT PLANNING ASSOCIATES, INC.

BUSINESS ID: 0039308   ORGANIZATION MEETING DATE:    OCT 09 1967
PRINCIPAL    STREET: NONE
  PLACE OF
  BUSINESS
                CITY:                                STATE:       ZIP:
             COUNTRY:
MAILING      STREET: P.O. BOX 6003
  ADDRESS            914 HARTFORD TURNPIKE

                CITY: WATERFORD                      STATE:   CT ZIP: 06385
             COUNTRY:

PF: 1-HELP  3-END  12-MENU
[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[    Sign-off of the Concord system    ]
```

```
SS18                    CONCORD                 11/04/2004
                    DISPLAY PRINCIPALS              09:23:0

                 LOUIS LEVINE AGENCY INC.

         BUSINESS ID:  0028480
S=SELECT            OFFLINE PRINCIPALS:   N
      PRINCIPAL NAME    PRINCIPAL TITLE

      GERALD U. LEVINE                         VICE PRESIDENT

      JOHN D. BENJAMIN                         SECRETARY

      JOHN J. QUEIROLO                         PRESIDENT




   PF: 1-HELP   2-PRIN ADDR   3-END   12-MENU
```

E

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS18                    CONCORD                      11/04/2004
                   DISPLAY PRINCIPALS                     09:2

               RETIREMENT PLANNING ASSOCIATES, INC.

      BUSINESS ID:   0039308
S=SELECT             OFFLINE PRINCIPALS:    N
      PRINCIPAL NAME    PRINCIPAL TITLE
      JOHN J. QUEIROLO                          PRESIDENT

      PAUL J. MATURO                            ASST. SEC.

      JOHN D. BENJAMIN                          SECRETARY




      PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
      [Enter] [Clear]

      [PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

      [   Sign-off of the Concord system   ]
```

F

## School budget approved

### The $52.5 million spending plan faces a long and bumpy road

Norwich — Board of Education members unanimously approved a proposed $52.5 million school budget Monday night, saying the best place to make complaints about rising costs and the burden on taxpayers is to the legislators in Hartford.

The budget represents a $4 million, 4 percent increase over this year's budget.

### New programs

Contains no new programs and no new teaching positions, including a special education teacher for hearing-impaired students and a preschool special education teacher. Most of the budget increases are in three areas — salaries, up by $1.3 million; high school and special education tuition, up $1.5 million; and capital improvements, up by nearly $320,000.

School officials and board members noted that teachers and support staff would be laid off if major cuts are ordered by the City Council. School board members gave little comment on the budget Tuesday before approving the package as presented by the budget expenditure committee.

Aldermen, however, have indicated that the proposed budget is unacceptable as presented.

### Taking the fight to Rowland

City and school officials will board a bus Wednesday, April 4 to travel to Hartford to protest Gov. John G. Rowland's proposed budget.

The bus, sponsored by the Connecticut Conference of Municipalities, will leave the Kelly Middle School parking lot at 8 a.m.

## Conference on violence

Westerly — Students, school officials and police officer Thursday night to discuss how to prevent school violence.

Scheduled for 7-9 p.m. at Babcock Middle School, the "Safe Schools/Safe Communities" forum is open to the public. Superintendent Scott Kizner and police Chief J. David Smith decided to organize the event after dealing with threats of violence at the schools in recent months. Last year, school officials found a bomb threat posted on the Internet, and earlier this month a high-school senior was suspended and charged with disorderly conduct after allegedly telling classmates that he had a hit list. A Babcock student was also suspended recently after he brought a pellet gun to school.

Kizner will speak for 15 minutes Thursday before participants split

[right column partially cut off]
...oup discu... ms of Pote... tial Violent Behavior," with ... Smith and therapist Robin Boyaji... in the cafeteria.

■ "Understanding and Dealing with the Angry Child," with ... social worker Kathy Fandetti and ... chologist Sally Mitchell, in the libr...

■ "Safe Schools/Safe Homes/Safe Communities," with Westerly High School Vice Principal James Sperman and counselor Laura Gent...

■ "Talking to Children about B... lying and Teasing," with Kizner ... lerie McGuire of the Women's ... source Center of South Count... Scott McLeod of the Westerly-P... catuck YMCA.

At the end of the forum, parti... pants will assemble in the audit... um for a 45-minute discussion.

---

**LEVINE / WEBSTER INSURANCE DIVISION**
Business and Personal Property & Casualty
Surety & Fidelity Bonding
Risk & Claims Management

**LEVINE / WEBSTER FINANCIAL SERVICES DIVISION**
*Investment:* Portfolio Management • Mutual Funds
Discount Brokerage Services • IRA • Roth IRA
Variable Annuities • Fixed Annuities
Individual Life Insurance • Individual Disability
Insurance • Estate Planning

*Employee Benefits:* 401(k) • Simple 401(k)
SEP Plans • Other Defined Contribution Plans
Group Health, Life, Disability, & Long Term
Care Insurance • Group Dental
Employee Investment Education

**LEVINE / WEBSTER RETIREMENT PLANNING DIVISION**
Design • Installation & Administration of Pension
& Profit Sharing & 401(k) Plans
Employee Communications

**LEVINE WEBSTER INSURANCE**
*Providing Insurance & Risk Management, Investment & Benefit Planning Since 1928*

**860-447-1735**
Toll Free: 800-246-5542   Fax: 860-447-3419
914 Hartford Turnpike • Waterford, CT 06385

Investment Securities and Advisory Services offered through Bannon, Ohanesian, & Lecours, Inc., Member NASD, SIPC, 433 South Main St., West Hartford, CT 06110 (800) 52...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARRY LEVINE                           :
                                       :
        Plaintiff,                     :    CIVIL ACTION NO.
                                            ⁓RU)
V.

WEBSTER INSURANCE, I⁓

        Defendant.                          ⁓ 17, 2004



SEE FN 69

**AFFIDAVIT OF JO⁓**                        **⁓FENDANT**
**WEBSTER INSURAN⁓**                        **⁓UDGMENT**

I, John J. Queirolo, after b⁓                  ⁓g:

  1.    I am over the⁓

  2.    I believe in the obligations of an oath and make the statements within this

        affidavit based upon my own personal knowledge.

  3.    I am the current President and Chief Executive Officer of Webster

        Insurance, Inc. ("Webster").

  4.    Webster is a corporation organized, operating and existing, in good

        standing, under the laws of the state of Connecticut. See Schedule A

        attached hereto and made a part hereof.

  5.    Webster is a wholly owned subsidiary of Webster Financial Corporation, a

        holding company and publicly held stock corporation, organized,

        operating and existing under the laws of the state of Delaware. See

        Schedule B attached hereto and made a part hereof.

{W1317819;2}