# EXHIBIT 19

```
SS18                      CONCORD                    11/04/2004
                      DISPLAY PRINCIPALS                09:23:03
                                                              1 OF
                    LOUIS LEVINE AGENCY INC.

        BUSINESS ID:  0028480
S=SELECT             OFFLINE PRINCIPALS:   N
         PRINCIPAL NAME    PRINCIPAL TITLE

       GERALD U. LEVINE                            VICE PRESIDENT

       JOHN D. BENJAMIN                            SECRETARY

       JOHN J. QUEIROLO                            PRESIDENT




    PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]