# EXHIBIT 20

```
SS18                        CONCORD                        11/04/2004
                        DISPLAY PRINCIPALS                   09:25:44
                                                                1 OF
                   RETIREMENT PLANNING ASSOCIATES, INC.

      BUSINESS ID:  0039308
S=SELECT            OFFLINE PRINCIPALS:    N
      PRINCIPAL NAME     PRINCIPAL TITLE

      JOHN J. QUEIROLO                          PRESIDENT

      PAUL J. MATURO                            ASST. SEC.

      JOHN D. BENJAMIN                          SECRETARY




      PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]