# EXHIBIT 21



**WEBSTER**
*We Find a Way*

November 4, 2004

**1.Logon to your accounts**
User Name:

Password:

☐ Remember User Name
[Logon] [Enroll Now]
Learn more about Webster Online Services
[View Demo]

**Just a Reminder**
We will be closed on Thursday, November 11, 2004 in observance of Veterans' Day

Site best viewed with:


○ Personal   ○ Small Business   ○ Corporate

► Quick, find a way to...        ► Webster Locations   ► Contact Us

## Webster Insurance Locations

Webster Insurance has offices located throughout the state.
You can reach us toll-free at 1-800-303-7171 or by email at info@websterinsurance.com.

We have more than 100 branches and over 200 ATMs located throughout Connecticut, for your convenie branch or ATM near you, please select a "City" **and** "Branch" or "ATM" listed under "Webster". If you are our many services, just select one listed under "Webster".

· City :- Choose One  -----and  · Webster :- Insurance

-INSURANCE

**Wallingford (Corporate Center)**
112 South Turnpike Road
P.O. Box 5010
Wallingford , CT 06492
203-741-3500 Business
203-741-3501 Fax
800-303-7171 Toll-free

Get a map

**East Haven**
100 South Shore Drive
P.O. Box 120650
East Haven, CT 06512
203-468-3400 Business
203-468-3494 Fax
800-379-0276 Toll-free

Get a map

**Vernon**
135 Bolton Road
P.O. Box 2220
Vernon, CT 06066
860-896-2200 Business
860-896-2201 Fax
800-278-1100 Toll-free

Get a map

**Waterford**
914 Hartford Turnpike
P.O. Box 6003
Waterford, CT 06385
860-444-3900 Business
860-444-3901 Fax
800-246-5542 Toll-free

Get a map

**West Hartford**
433 South Main Street, Suite 116
West Hartford, CT 06110-2815
860-313-2000 Business
860-561-2882 Fax
800-379-0276 Toll-free

Get a map

**Westport**
33 Riverside Avenue
P.O. Box 5040
Westport, CT 06881
203-291-2000 Business
203-291-2001 Fax
800-487-6811 Toll-free

Get a map

**Harrison, NY**
550 Mamaroneck Avenue, Suite 501
Harrison, NY 10528
914-698-6196 Business
914-698-6071 Fax

Get a map

Webster Insurance is a licensed insurance agency subsidary of Webster Financial Corp. Insurance products are not deposits, not insured by the FDIC or any federal government agency, and are not guaranteed by Webster or its affiliates.

Privacy----Security----Online Disclosures

©2004 Webster

web6