# EXHIBIT 22

## :hool budget approved

### .he $52.5 million .ding plan faces a g and bumpy road

.·ich — Board of Education .ers unanimously approved a .sed $52.5 million school budget .day night, saying the best place .e complaints about rising costs .he burden on taxpayers is to .egislators in Hartford.

. budget represents a $4 mil.4 percent increase over this . budget.

### .·. programs

.ntains no new programs and .ew teaching positions, includ. special education teacher for .ing-impaired students and a .hool special education teacher. .st of the budget increases are .ree areas — salaries, up by $1.3 .on; high school and special education tuition, up $1.5 million; and capital improvements, up by nearly $320,000.

School officials and board members noted that teachers and support staff would be laid off if major cuts are ordered by the City Council. School board members gave little comment on the budget Tuesday before approving the package as presented by the budget expenditure committee.

Aldermen, however, have indicated that the proposed budget is unacceptable as presented.

### Taking the fight to Rowland

City and school officials will board a bus Wednesday, April 4 to travel to Hartford to protest Gov. John G. Rowland's proposed budget.

The bus, sponsored by the Connecticut Conference of Municipalities, will leave the Kelly Middle School parking lot at 8 a.m.

## Conference to focus on violence in schools

**Westerly** — Students, parents, school officials and police will gather Thursday night to discuss how to prevent school violence.

Scheduled for 7-9 p.m. at Babcock Middle School, the "Safe Schools/Safe Communities" forum is open to the public. Superintendent Scott Kizner and police Chief J. David Smith decided to organize the event after dealing with threats of violence at the schools in recent months. Last year, school officials found a bomb threat posted on the Internet, and earlier this month a high-school senior was suspended and charged with disorderly conduct after allegedly telling classmates that he had a hit list. A Babcock student was also suspended recently after he brought a pellet gun to school.

Kizner will speak for 15 minutes Thursday before participants split up into any of four group discu__ sions for 45 minutes:

■ "Signs and Symptoms of Po__ tial Violent Behavior," with __ Smith and therapist Robin Boyaji_ in the cafeteria.

■ "Understanding and Deal_ with the Angry Child," with s__ social worker Kathy Fandetti and _ chologist Sally Mitchell, in the lib__

■ "Safe Schools/Safe Homes/S__ Communities," with Westerly Hi_ School Vice Principal James Spe__ man and counselor Laura Genti_

■ "Talking to Children about __ lying and Teasing," with Kizner __ lerie McGuire of the Women's __ source Center of South County __ Scott McLeod of the Westerly-__ catuck YMCA.

At the end of the forum, parti__ pants will assemble in the audi__ um for a 45-minute discussion.

**WEBSTER INSURANCE**

**LEVINE**

*Providing Insurance & Risk Management, Investment & Benefit Planning Since 1928*

# 860-447-1735

Toll Free: 800-246-5542   Fax: 860-447-3419
914 Hartford Turnpike • Waterford, CT 06385

**LEVINE/WEBSTER INSURANCE DIVISION**
Business and Personal Property & Casua__
Surety & Fidelity Bonding
Risk & Claims Management

**LEVINE/WEBSTER FINANCIAL SERVICES DIVISIO__**
*Investment:* Portfolio Management • Mutual Funds
Discount Brokerage Services • IRA • Roth IRA
Variable Annuities • Fixed Annuities
Individual Life Insurance • Individual Disability
Insurance • Estate Planning

*Employee Benefits:* 401(k) • Simple 401(k)
SEP Plans • Other Defined Contribution Plans
Group Health, Life, Disability, & Long Term
Care Insurance • Group Dental
Employee Investment Education

**LEVINE/WEBSTER RETIREMENT PLANNING DIVISION**
Design • Installation & Administration of Pension
& Profit Sharing & 401(k) Plans
Employee Communications

Investment Securities and Advisory Services offered through Bannon, Ohanesian, & Lecours, Inc., Member NASD, SIPC, 433 South Main St., West Hartford, CT 06110 (800) 52__