# EXHIBIT 23

| Name | Amount | 7% EXCESS OF 35,900 | 10.8940746917 OF TOTAL | |
|---|---|---|---|---|
| MICHAEL | 151,900- | 8820- | 16548.10 | 25368.10 |
| DANNY | 81,200- | 3871 | 8845.99 | 12716.99 |
| BARRY | ~~65,300~~ 7½% | WAIVED | | |
| BETTE | ~~22,200~~ | 0 | 2418.48 | 2418.48 |
| LUCIA | 19,868 - | 0 | 2164.43 | 2164.43 |
| M.A Mc | 16,900- | 0 | 1841.10 | 1841.10 |
| | 292,068- | | LIFE | 44,509.10 |
| HERB | 151,900- | 8820- | 16548.10 | 25368.10 |
| JERRY | 81,200- | 3871- | 8845.99 | 12716.99 |
| HANNAH | 57,850- | 2236.50 | 6302.22 | 8538.72 |
| CUSHNER | 37,950- | 843.50 | 4134.30 | 4977.80 |
| M.A HOSIER | 34,900- | 630- | 3802.03 | 4432.03 |
| SHARON | 12,425- | 0 | 1353.59 | 1353.59 |
| JUDY KNAUER 6/57 | 14,543.75 | 0 | 1584.41 | 1584.41 |
| ANDY 10/57 | ~~20,050~~ | WAIVED | | -- |
| ~~LESLIE 11/58~~ | 19,650- | | | -- |
| KOPSAK | 25,700- | 0 | 2799.78 | 2799.78 |
| | 476,168.75 | | AGENCY | 61771.42 |
| | | | | 106,280.52 |

15% EXACTLY WHOLE    ineligibles

Heather        Mary Lou
Mildred        JoAnn
Leslie         Sharon
               Patti

000924