UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE, | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | 3:03CV148 (SRU) |
| WEBSTER INSURANCE, | : | |
| Defendant. | : | November 19, 2004 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b), the Defendant, Webster Insurance, Inc., respectfully moves this Court to extend the deadline under which it may file a reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, from November 19, 2004 to December 7, 2004. This is Defendant's first request for additional time. Such additional time is needed due to unavoidable conflicting deadlines and work commitments scheduled in other pending matters.

{W1336041}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

Counsel for the Plaintiff has indicated that he has no objection to this request.

Respectfully submitted,

THE DEFENDANT,
WEBSTER INSURANCE

BY: *Kristi D. Aalberg*
Kristi D. Aalberg - ct 23970
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
Its Attorneys

## ORDER

The foregoing Motion having been heard by the Court, it is hereby

ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Stefan R. Underhill
United States District Judge

{W1336041}                      2

## CERTIFICATION

This is to certify that a copy of the foregoing was transmitted was filed electronically on the above captioned date. Notice of the filing will be sent electronically to all parties of record by operation of the Court's electronic filing system.

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
328 Mitchell Street, P.O. Box 966
Groton, CT  06340

Ian O. Smith, Esq.
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT  06106

*Kristi D. Aalberg*
Kristi D. Aalberg

{W1336041}                         3