**EXHIBIT A-1 TO DEFENDANT'S REPLY BRIEF**

```
 SS18                      CONCORD                        12/06/2004
                       DISPLAY PRINCIPALS                   15:17:45
                                                              1 OF
                      WEBSTER INSURANCE, INC.

         BUSINESS ID:  0082959
 S=SELECT            OFFLINE PRINCIPALS:   N
     PRINCIPAL NAME    PRINCIPAL TITLE
 [  ]  GEORGE H. DAMMAN                       VICE CHAIRMAN
 [  ]  JOHN J. QUEIROLO                       PRESIDENT
 [  ]  JOHN J. KLECHA                         EX VP




     PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS18                    CONCORD                         12/06/2004
                    DISPLAY PRINCIPALS                   15:18:24
                                                              1 OF
                    LLIA, INC.

        BUSINESS ID:  0126983
S=SELECT            OFFLINE PRINCIPALS:    N
    PRINCIPAL NAME    PRINCIPAL TITLE
    [ ]  JOHN J. QUEIROLO                    PRESIDENT
    [ ]  GERALD U. LEVINE                    VICE PRES.
    [ ]  DANIEL M. CARTER                    TREASURER




    PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS18                    CONCORD                    12/06/2004
                    DISPLAY PRINCIPALS                15:20:45
                                                              1 OF
              LOUIS LEVINE AGENCY INC.

         BUSINESS ID: 0028480
S=SELECT            OFFLINE PRINCIPALS:   N
    PRINCIPAL NAME    PRINCIPAL TITLE
 [ ]  GERALD U. LEVINE                     VICE PRESIDENT
 [ ]  JOHN D. BENJAMIN                     SECRETARY
 [ ]  JOHN J. QUEIROLO                     PRESIDENT




     PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]

```
SS18                      CONCORD                    12/06/2004
                      DISPLAY PRINCIPALS                15:21:29
                                                              1 OF
                  RETIREMENT PLANNING ASSOCIATES, INC.

       BUSINESS ID:  0039308
S=SELECT           OFFLINE PRINCIPALS:   N
      PRINCIPAL NAME    PRINCIPAL TITLE
   [ ]  JOHN J. QUEIROLO                         PRESIDENT
   [ ]  PAUL J. MATURO                           ASST. SEC.
   [ ]  JOHN D. BENJAMIN                         SECRETARY




   PF: 1-HELP  2-PRIN ADDR  3-END  12-MENU
```

[Enter] [Clear]

[PF1] [PF2] [PF3] [PF4] [PF5] [PF6] [PF7] [PF8] [PF12]

[Sign-off of the Concord system]