# EXHIBIT C-1 TO DEFENDANT'S REPLY BRIEF

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - -X
                                    :
BARRY LEVINE,
          Plaintiff,                :
                                    :
VS                                  :CIVIL ACTION NO:
                                    : 3:03CV148(SRU)
WEBSTER INSURANCE,                  :
          Defendant.                :
                                    :
- - - - - - - - - - - - - -X

COPY

    Deposition of BARRY LEVINE, taken pursuant to the
*Federal Rules of Civil Procedure*, before Kimberly M.
White, CSR, LSR, (Lic#SHR433) Licensed Shorthand
Reporter and Notary Public within and for the State
of Connecticut, held at the law offices of Carmody &
Torrance LLP, 195 Church Street, New Haven,
Connecticut, on Tuesday, December 23, 2003 at 10:14
a.m.

DEL VECCHIO REPORTING SERVICES
LICENSED SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
203-245-9583 FAX 203-245-2760    800-839-6867

HARTFORD                                    STAMFORD

```
1    A P P E A R A N C E S:

2    ON BEHALF OF THE PLAINTIFF:
     THOMAS G. MOUKAWSHER, ESQ.
3    MOUKAWSHER & WALSH, L.L.C.
     328 Mitchell Street
4    Groton, Connecticut   06340

5    IAN O. SMITH, ESQ.
     MOUKAWSHER & WALSH, L.L.C.
6    21 Oak Street, Suite 100
     Hartford, Connecticut   06106

7

8

9    ON BEHALF OF THE DEFENDANT:
     CHARLES F. CORCORAN, III, ESQ.
10   CARMODY & TORRANCE LLP
     195 Church Street, 18th Floor
11   New Haven, Connecticut   06509-1950

12   KRISTI D. AALBERG, ESQ.
     CARMODY & TORRANCE LLP
13   50 LEAVENWORTH STREET
     WATERBURY, CONNECTICUT   06721-1110

14   ALSO PRESENT:

15
     Gerald U. Levine, CPCU
16   Executive Vice President
     Webster Insurance

17

18

19

20

21

22

23

24

25
```

 1  4, these waivers are dated between December, 1980 and

 2  December, 1987, correct?

 3       A    Yes.

 4       Q    Do you know whether or not your father knew

 5  that you were signing these waivers during this

 6  period, during the period covered by Exhibit 4?

 7            MR. MOUKAWSHER:  Objection to form.

 8       A    I can't answer for him.

 9  BY MR. CORCORAN:

10       Q    Did you ever tell him?

11       A    No.

12       Q    Did you ever tell him, Dan Carter came into

13  my office and asked me to sign a waiver?

14       A    No.

15       Q    Did you ever ask him --

16       A    Well, what date?  You're talking about back

17  then when it happened?

18       Q    Yes.  Back then, not now.  He obviously

19  knows now.  He told us he knows now.

20       A    Yes.

21       Q    All right.  And what you're saying Dan

22  Carter said was what?

23       A    That Gerald Levine, myself and Dan Carter

24  were to waive off the plan.

25       Q    Was there anybody else around when he said

1 that?

2  A No.  He had just come to meet with me.

3  Q So when he had this conversation with you,

4 there was no one but the two of you in the room?

5  A That's correct.

6  Q Do you recall whether the conversation or

7 conversations took place in your office or in the

8 conference room?

9    MR. MOULAWSHER:  Objection to form.

10  A Which times are you referring to?

11 BY MR. CORCORAN:

12  Q Any time that you can recall.

13  A Well, I do recall conversations occurring in

14 the conference room at our new office.  That I do

15 recall.  I do recall them occurring in my office and

16 also in the conference room at our former office.

17  Q On the subject of the waiver?

18  A The subject -- that's where we would sit

19 down, yes.

20  Q So you're recalling three different

21 locations?

22  A Yes.

23  Q For a conversation between you and Dan

24 Carter, correct?

25  A Yes.

```
1        Q    And in each conversation, he came to you,

2   correct?

3        A    Yes.

4        Q    And he said, You and I and Jerry and Andrew

5   are being asked to waive off the plan, correct?

6             MR. MOUKAWSHER:  Objection to form.

7   BY MR. CORCORAN:

8        Q    Is that what he said?

9        A    No.

10       Q    Okay.  What did he say?

11       A    He didn't include Andrew because Andrew

12  wasn't even an issue.

13       Q    Okay.  Fine.  Then that's my mistake.  But

14  the others he included?

15            MR. MOUKAWSHER:  Objection to form.

16       A    Some of the conversations we had, he would

17  mention Gerald, Daniel and myself.

18  BY MR. CORCORAN:

19       Q    Uh-huh.

20       A    And others, it became rote or routine later

21  on where I would just sign the form knowing that --

22  what it was about.

23       Q    So with respect to each -- okay.

24            MR. CORCORAN:  Can that answer be read

25            back.
```

1              (The last answer was read back.)

2    BY MR. CORCORAN:

3        Q    So are you saying that on some of the

4    conversations he explained it to you; but on others,

5    it was rote or routine and you knew what the deal was

6    so you just signed it without his telling you the

7    same thing all over again?

8        A    That's correct.

9        Q    All right.  How many times did you sign

10   these waivers?

11       A    I signed each waiver once.

12       Q    Okay.  And were there any -- we have waivers

13   for '80, '81, '82, '83, '85 and '87, correct?

14       A    Yes.

15       Q    So we have six?

16       A    Yes.

17       Q    All right.  Take a look at the '85 waiver,

18   which is page '842.

19       A    (Witness complied.)

20       Q    Do you see the fourth paragraph -- I'm

21   sorry -- the fifth paragraph now, "This designation

22   shall remain in effect. . ."?

23       A    Yes.

24       Q    Okay.  Would you read that to yourself.

25       A    Just now?