UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY B. LEVINE, | : | CIVIL ACTION NO. |
| | : | 3:03cv148 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | MARCH 9, 2005 |
| WEBSTER INSURANCE, et al | : | |
| | : | |
| Defendant. | : | |

## APPEARANCE

Please enter the appearance of Kristi D. Aalberg on behalf of Louis Levine Agency, Inc. in the above-entitled action.

THE DEFENDANT,

BY: *Kristi D. Aalberg*
KRISTI D. AALBERG
FOR: Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
(203) 575-2622
Federal Bar No. ct23970
Its Attorneys

{W1241593}

CARMODY & TORRANCE LLP
Attorneys at Law
Juris No. 08512
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically on the above-captioned date. Notice of the filing will be sent to each party of record electronically by operation of the Court's electronic filing system.

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, L.L.C.
328 Mitchell Street
P.O. Box 966
Groton, CT 06340

Ian O. Smith, Esq.
Moukawsher & Walsh, L.L.C.
21 Oak Street
Suite 209
Hartford, CT 06106

_____
Kristi D. Aalberg, Esq.

CARMODY & TORRANCE LLP
Attorneys at Law
Juris No. 08512
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

{W1241593}