UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____                        :
                                                                   :
BARRY B. LEVINE,                                                   :   CIVIL ACTION NO.
                                                                   :   3:03cv148 (SRU)
         Plaintiff,                                      :
                                                                   :
v.                                                                 :
                                                                   :   MARCH 10, 2005
WEBSTER INSURANCE, et al                                           :
                                                                   :
        Defendant.                                       :
_____:

<u>**APPEARANCE**</u>

      Please enter the appearance of Charles F. Corcoran, III on behalf of Louis Levine Agency, Inc. in the above-entitled action.

                            THE DEFENDANT,


                BY:   _/s/_____
                          CHARLES F. CORCORAN, III
                FOR:  Carmody & Torrance LLP
                          195 Church Street, P.O. Box 1950
                          New Haven, CT 06509-1950
                          (203) 777-5501
                          Federal Bar No. ct04299
                          Its Attorneys

{N0698469}

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically on the above-captioned date. Notice of the filing will be sent to each party of record electronically by operation of the Court's electronic filing system.

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, L.L.C.
328 Mitchell Street
P.O. Box 966
Groton, CT  06340

Ian O. Smith, Esq.
Moukawsher & Walsh, L.L.C.
21 Oak Street, Suite 209
Hartford, CT 06106

                                                _/s/_____
                                                Charles F. Corcoran, III

{N0698469}