UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY B. LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE LOUIS LEVINE AGENCY, INC. | : | |
| And WEBSTER INSURANCE, INC., | : | |
| | : | |
| Defendants. | : | MARCH 15, 2005 |

**PLAINTIFF'S REQUEST FOR STAY OF PROCEEDINGS OR,
IN THE ALTERNATIVE, MOTION FOR PERMISSION TO FILE A SUPPLEMENTAL
BRIEF**

Levine requests a Stay of Proceedings[1] in his action until the Second Circuit has ruled on the undersigned's appeal in the case *Karen B. Coan v. Alan H. Kaufman et al.*[2] The *Coan* appeal addresses the complex issue of equitable relief under ERISA §502(a)(3), also an issue in Levine's case. Briefing is almost complete in the *Coan* appeal and it is scheduled for argument in May; any stay of proceedings in the instant matter should be relatively short.

In the alternative, should the Court not stay proceedings, Levine moves for Permission to File a Supplemental Brief addressing equitable relief.

---

[1] Levine sought from opposing counsel on March 1, 2005 defendants' position regarding his proposed request for a stay of litigation in his case; defendants did not respond until March 14, thereby delaying Levine's filing of this motion.

[2] Coan's appeal (docket number 04-5173-cv) follows Judge Kravitz's December 9, 2004 affirmation (349 F. Supp. 2d 271 (D. Conn. 2004)) of his August 30, 2004 summary judgment decision in favor of defendants (333 F. Supp. 2d 14 (D. Conn. 2004)).

          THE PLAINTIFF
          BARRY LEVINE

          By /s/ Ian O. Smith
          Thomas G. Moukawsher (ct08940)
          Ian O. Smith (ct24135)
          Moukawsher & Walsh, LLC
          21 Oak Street
          Hartford, CT 06016
          (860) 278-7000
          tmoukawsher@mwlawgroup.com
          ismith@mwlawgroup.com

## CERTIFICATION

I hereby certify that on March 15, 2005, a copy of foregoing Plaintiff's Request for Stay of Proceedings or, in the Alternative, Motion for Permission to File a Supplemental Brief was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Kristi Dawn Aalberg | Charles F. Corcoran, III |
| Carmody & Torrance | Carmody & Torrance |
| 50 Leavenworth St., Po Box 1110 | 195 Church St., PO Box 1950, 18th Floor |
| Waterbury, CT 06721-1110 | New Haven, CT 06509-1950 |
| kaalberg@carmodylaw.com | ccorcoran@carmodylaw.com |

          THE PLAINTIFF
          BARRY LEVINE

          /s/ Ian O. Smith
          Thomas G. Moukawsher (ct08940)
          Ian O. Smith (ct24135)
          Moukawsher & Walsh, LLC
          21 Oak Street
          Hartford, CT 06016
          (860) 278-7000
          tmoukawsher@mwlawgroup.com
          ismith@mwlawgroup.com