UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV148 (SRU) |
| V. | : | |
| | : | |
| LOUIS LEVINE AGENCY, INC. and | : | |
| WEBSTER INSURANCE, INC. | : | |
| | : | |
| Defendants. | : | MARCH 15, 2005 |

## DEFENDANTS' MOTION TO JOIN AND SUPPLEMENT
## PENDING SUMMARY JUDGMENT MOTION DATED SEPTEMBER 17, 2004

Pursuant to the Court's February 24, 2005 order, defendant Louis Levine Agency, Inc. ("Levine Agency") hereby moves to join the pending motion for summary judgment filed by defendant Webster Insurance, Inc. ("Webster") on September 17, 2004. In addition, both Levine Agency and Webster respectfully represent to the Court that their counsel has recently learned of highly relevant legal issues from the plaintiff's counsel that require briefing for the Court.

Therefore, in accordance with the above-referenced order, the defendants submit the attached Supplemental Memorandum of Law in Support of Motion for Summary Judgment.

THE DEFENDANTS,

BY: /s/ Kristi D. Aalberg
CHARLES F. CORCORAN, III (ct04299)
KRISTI D. AALBERG (ct23970)
195 Church Street
18th Floor
New Haven, CT 06509
(203) 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically on the above-captioned date. Notice of the filing will be sent to each party of record electronically by operation of the Court's electronic filing system.

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, L.L.C.
328 Mitchell Street
P.O. Box 966
Groton, CT  06340

Ian O. Smith, Esq.
Moukawsher & Walsh, L.L.C.
21 Oak Street
Suite 209
Hartford, CT 06106

                                                          *Kristi D. Aalberg*
                                                          Kristi D. Aalberg, Esq.