UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY B. LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE LOUIS LEVINE AGENCY, INC. | : | |
| And WEBSTER INSURANCE, INC., | : | |
| | : | |
| Defendants. | : | MARCH 22, 2005 |

## DECLARATION OF THOMAS G. MOUKAWSHER

Thomas G. Moukawsher, being duly sworn, deposes and says:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am an attorney to practice law in the State of Connecticut and in the U.S. District Court for the District of Connecticut. I am a principal in the law firm of Moukawsher & Walsh, LLC and represent the plaintiff in this case.

3. I am principally responsible for the *Coan v. Kaufman* case and its appeal.

4. In February 2005, I remembered that the absence of appropriate equitable relief was the fourth of Webster's four arguments for summary judgment in this case and told Ian Smith to tell Webster and the Court about *Coan* and ask for a stay during the *Coan* appeal

5. For eight years (and ultimately unsuccessfully) Webster's lawyer Charles Corcoran defended Northeast Utilities against company retirees I represented.

6. In that case, *Broga v. Northeast Utilities*, Corcoran accused me of "blatantly" violating Rule of Professional Conduct 3.3 by failing to tell the Court about a case he claimed was relevant, but which was not actually relevant to the case.

7. The *Broga* Court ignored Corcoran's accusation.

Dated at Hartford, Connecticut this 22nd day of March, 2005.

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher