UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY B. LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE LOUIS LEVINE AGENCY, INC. | : | |
| And WEBSTER INSURANCE, INC., | : | |
| | : | |
| Defendants. | : | MARCH 22, 2005 |

## DECLARATION OF IAN O. SMITH

Ian O. Smith, being duly sworn, deposes and says:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am an attorney to practice law in the State of Connecticut and in the U.S. District Court for the District of Connecticut. I am an associate at Moukawsher & Walsh, LLC and represent the plaintiff in this case.

3. I am principally responsible for this case.

4. In February 2005 Thomas Moukawsher told me to tell Webster and the Court about the *Coan v. Kaufman* case and ask for a stay during the *Coan* appeal.

Dated at Hartford, Connecticut this 22nd day of March, 2005.

/s/ Ian O. Smith
Ian O. Smith