UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY B. LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE LOUIS LEVINE AGENCY, INC. | : | |
| And WEBSTER INSURANCE, INC., | : | |
| | : | |
| Defendants. | : | MARCH 23, 2005 |

**PLAINTIFF'S OBJECTION TO DEFENDANT
LOUIS LEVINE AGENCY, INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Barry B. Levine, objects to defendant Louis Levine Agency, Inc.'s March 15, 2005 Motion for Summary Judgment. As Levine sets forth in his March 22, 2005 Response to Supplemental Memorandum of Law, the Levine Agency is not entitled to summary judgment in this case. Nor is Webster, as Levine articulated in his November 5, 2004 Memorandum of Law in Opposition to Webster's Motion for Summary Judgment and reasserts in his March 22 Response to Webster's March 15 supplemental arguments.

WHEREFORE, Levine requests that defendants' Motion for Summary Judgment be denied.

THE PLAINTIFF
BARRY LEVINE

By /s/ Ian O. Smith
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC

                                                  21 Oak Street
                                                  Hartford, CT  06016
                                                  (860) 278-7000
                                                  tmoukawsher@mwlawgroup.com
                                                  ismith@mwlawgroup.com

## CERTIFICATION

I hereby certify that on March 23, 2005, a copy of foregoing Plaintiff's Objection to Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristi Dawn Aalberg
Carmody & Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110
kaalberg@carmodylaw.com

Charles F. Corcoran, III
Carmody & Torrance
195 Church St., PO Box 1950, 18th Floor
New Haven, CT 06509-1950
ccorcoran@carmodylaw.com

                                      THE PLAINTIFF
                                      BARRY LEVINE

                                       /s/ Ian O. Smith
                                      Thomas G. Moukawsher (ct08940)
                                      Ian O. Smith (ct24135)
                                      Moukawsher & Walsh, LLC
                                      21 Oak Street
                                      Hartford, CT  06016
                                      (860) 278-7000
                                      tmoukawsher@mwlawgroup.com
                                      ismith@mwlawgroup.com