UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV148 (SRU) |
| V. | : | |
| | : | |
| LOUIS LEVINE AGENCY, INC. and | : | |
| WEBSTER INSURANCE, INC. | : | |
| | : | |
| Defendants. | : | APRIL 1, 2005 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STAY AND REPLY TO PLAINTIFF'S OBJECTION TO SUMMARY JUDGMENT IN FAVOR OF LOUIS LEVINE AGENCY, INC. AND SUPPLEMENTAL MEMORANDUM**

The defendants in the above-captioned matter hereby request an extension of time, until April 29, 2005, in which to respond to the plaintiff's Request for Stay of Proceedings dated March 15, 2005, as well as its March 22, 2005 Response to defendants' Supplemental Memorandum of Law in support of Summary Judgment.

On March 15, 2005, Attorney Charles F. Corcoran III, who is primarily responsible for the defense of this matter, underwent emergency eye surgery due to a detached retna. Since that date, Attorney Corcoran has needed multiple additional surgeries and requires continuous bed rest during his recovery. Since Attorney Corcoran's medical condition has rendered him temporarily blind in one eye, and his treatment prohibits him from reading, he has not been able to review plaintiff's briefs. It is expected that Attorney Corcoran will be able to return to

{W1355704}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

work during the week of either April 18, 2005 or April 25, 2005. As such, an extension of time until then is necessary.

This is defendants' first extension of time sought with regard to the pending motions and responses, and the plaintiff's counsel has agreed that an extension of time would be acceptable given the circumstances.

WHEREFORE, the undersigned respectfully requests that this court grant defendants an extension of time until April 29, 2005 to file its responses to the above-mentioned motions/briefs submitted by the plaintiff.

THE DEFENDANTS,

By: /s/ Kristi D. Aalberg
CHARLES F. CORCORAN, III (ct04299)
KRISTI D. AALBERG (ct23970)
195 Church Street
18th Floor
New Haven, CT 06509
(203) 777-5501

{W1355704}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically on the above-captioned date. Notice of the filing will be sent to each party of record electronically by operation of the Court's electronic filing system.

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, L.L.C.
328 Mitchell Street
P.O. Box 966
Groton, CT 06340

Ian O. Smith, Esq.
Moukawsher & Walsh, L.L.C.
21 Oak Street
Suite 209
Hartford, CT 06106

*Kristi P. Aalberg*
Kristi D. Aalberg, Esq.