## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARRY LEVINE | : | CIVIL ACTION NO. |
| | : | 3:03 CV 148 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| WEBSTER INSURANCE, INC. | : | |
| | : | |
| Defendant | : | MAY 11, 2005 |

### PLAINTIFF'S FIRST UNOPPOSED MOTION
### FOR A 14 DAY EXTENSION OF TIME TO FILE REPLY BRIEF

The plaintiff in the above captioned matter, Barry Levine, hereby requests an extension of time of fourteen (14) days from May 13, 2005, up to and including May 27, 2005, in which to respond to defendants' opposition to plaintiff's request for stay of proceedings dated April 29, 2005. In support of his request, plaintiff represents the following:

1. Undersigned counsel is solely responsible for the drafting of the reply brief.

2. Undersigned counsel has been previously occupied with preparation for settlement negotiations in the matter of *Dwight D. Towner v. Cigna Life Insurance Company of New York, et al.*, Docket No. 3:04CV1749(JCH) on May 6, 2005, and preparation and filing of a responsive brief in the matter of *Richard*

*Trella v. Cigna Group Insurance, et al.*, Docket No. 3:04 CV 1102 (DJS) which was due on May 9, 2005. Both matters are before this Court.

    3.    Undersigned Counsel is currently preparing a summary judgment brief which requires extensive research of complex legal issues and review voluminous records in the matter of *James A. Maretz v. Life Insurance Company of North America, et al.,* Docket No. 3:04CV1925 (WWE), before this Court, which is due on May, 16, 2005.

    4.    This is the first request to extend this deadline.

    5.    Defense counsel does not object to the granting of this motion.

THE PLAINTIFF
BARRY LEVINE

By /s/ Ian O. Smith
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT  06016
(860) 278-7000
tmoukawsher@mwlawgroup.com
ismith@mwlawgroup.com

## CERTIFICATION

I hereby certify that on May 11, 2005, a copy of foregoing PLAINTIFF'S FIRST UNOPPOSED MOTION FOR A 14 DAY EXTENSION OF TIME TO FILE REPLY BRIEF was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristi Dawn Aalberg
Carmody & Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110
kaalberg@carmodylaw.com

Charles F. Corcoran, III
Carmody & Torrance
195 Church St., PO Box 1950, 18th Floor
New Haven, CT 06509-1950
ccorcoran@carmodylaw.com

                THE PLAINTIFF
                BARRY LEVINE

                /s/ Ian O. Smith
                Thomas G. Moukawsher (ct08940)
                Ian O. Smith (ct24135)
                Moukawsher & Walsh, LLC
                21 Oak Street
                Hartford, CT  06016
                (860) 278-7000
                tmoukawsher@mwlawgroup.com
                ismith@mwlawgroup.com