```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

              Motion Day Calendar

         Stefan R. Underhill, U. S. D. J.
              915 Lafayette Boulevard
                    Bridgeport
             Courtroom #1, 4th Floor

                 July 21, 2005
```

UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER
WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE
NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS
AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO
THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH
IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE
UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO
BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714).  ANY COUNSEL
REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED ONLY FOR GOOD
CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR ALL OTHER
PARTIES BEFORE MAKING THE REQUEST.


**10:00 a.m.**
**CLF&K v Kings Electronics          3:04cv1613**

All Pending Motions


**10:45 a.m.**
**Levine v Webster Ins.              3:03cv148**

All Pending Motions


**11:30 a.m.**
**Kreutzer v Deckers                 3:03cv1415**

Motion to Dismiss/Summary Judgment - #31

**2:30 p.m.**
**Rodainsky v Domain                3:03cv1610**

Motion for Summary Judgment - #20

**3:15 p.m.**
**Ed Kimber Heating v Travelers      3:03cv2111**

All Pending Motions

**4:00 p.m.**
**Wheelabrator v State of CT        3:04cv1436**

All Pending Motions