UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BARRY B. LEVINE

      v                                                                     3:03cv148 (SRU)

WEBSTER INSURANCE, INC.
LOUIS LEVINE AGENCY, INC.

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and after a hearing held on July 21, 2005, the motions were granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is close.

Dated at Bridgeport, Connecticut, this 21st day of July 2005.

                                                                       Kevin F. Rowe, Clerk

                                                           By /s/ Alice Montz
                                                                    Deputy Clerk

Entered on Docket _____